UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Association of Holocaust Victims for
Restitution of Artwork and Masterpieces, et al.,

                  Plaintiff(s),

-against-

Republic of Hungary, et al.,

                  Defendant(s).

No. 04 Civ. 8457 (LTS)(HBP)

ORDER TO
SHOW CAUSE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/25/05

LAURA TAYLOR SWAIN, District Judge:

A conference in this action having been scheduled for February 25, 2005 at 10:00 a.m., and counsel for Plaintiff having failed to appear, it is hereby

ORDERED that Plaintiff show cause by written affidavit why this action should not be dismissed for failure to prosecute. Plaintiff shall not communicate with the court on this question by letter or telephone call. The affidavit must be filed within twenty days of the date of this Order.

IT IS FURTHER ORDERED that Plaintiff submit one courtesy copy of such affidavit to Chambers by delivering it to the Courthouse Mailroom, United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED:

Dated:    New York, New York
            February 25, 2005

                                      LAURA TAYLOR SWAIN
                                      United States District Judge

OSCFAILP.wpd    version 10/19/00

Copies mailed Atty/Pltff 2/25/05
Chambers of Judge Swain