**AZ EGYESÜLT ÁLLAMOK**
**NEW YORK DÉLI KÖRZETÉBEN ILLETÉKES**
**KERÜLETI BÍRÓSÁGA**

------------------------------------------------------------X

| | |
|---|---|
| **A HOLOCAUST ÁLDOZATAINAK SZÖVETSÉGE** | : |
| **A MŰTÁRGYAK és MŰKINCSEK VISSZATÉRÍTÉSÉÉRT,** | : |
| más néven „AHVRAM" (**ASSOCIATION OF HOLOCAUST** | : |
| **VICTIMS FOR RESTITUTION OF ARTWORK** | : |
| and **MASTERPIECES**); | : **04 – CIV - 8457** |
| **ERNA DEUTSCH; DR. JORAM DEUTSCH;** | : **(LTS)** |
| **ALICE BURGER – FISCHER; és** | : |
| **EDWARD DAVIS FAGAN;** | : **ELSŐ** |

Elsőrendű felperesek:  :  **MÓDOSÍTOTT**

kontra:  :  **KERESETLEVÉL**

**MAGYAR KÖZTÁRSASÁG;**  :

*Egyénileg és/vagy az alábbi intézmények felé fennálló felelősség terhe alatt:*

| | |
|---|---|
| **MAGYAR NEMZETI GALÉRIA,** | : |
| **SZÉPMŰVÉSZETI MÚZEUM,** | |
| **NEMZETI KULTÚRÁLIS ÖRÖKSÉG MINISZTÉRIUMA,** | : |
| és más **MAGYAR ÁLLAMI MÚZEUMOK** és/vagy | |
| **ÁLLAMI & MŰVÉSZETI RESTAURÁCIÓS INTÉZMÉNYEK** | : |
| (a megnevezés mindaddig fiktív marad, amíg a tényleges név/nevek | |
| ismertté nem válik/válnak); és | |

**NÉMET SZÖVETSÉGI KÖZTÁRSASÁG;**  :

*Egyénileg és/vagy az alábbi intézmények felé fennálló felelősség terhe alatt:*

| | |
|---|---|
| **Bundesministerium der Finanzen; BUNDESREPUBLIK** | : |
| **DEUTSCHLAND FINANZAGENTUR GmbH; ROLF** | |
| **DahlgRün a Rolf DahlgRün HAGYATÉK ALAPJÁN;** | : |
| **Dr. Féaux DE LA Croix a DR. Féaux DE LA CROIX** | : |
| **HAGYATÉK ALAPJÁN; WILHELM HÖTTL a WILHELM** | : |
| **HÖTTL HAGYATÉK ALAPJÁN; FRITZ KOPPE a FRITZ** | : |
| **KOPPE HAGYATÉK ALAPJÁN; DR. DETLEV HEINRICH a** | : |
| **DR. DETLEV HEINRICH HAGYTÉK ALAPJÁN; OLAF** | : |
| **FREIHERR von KLINGSPOR az OLAF FREIHERR von** | : |
| **KLINGSPOR HAGYATÉK ALAPJÁN; GEORGE de** | : |
| **MASIREVIC a GEORGE de MASIREVIC HAGYATÉK** | : |
| **ALAPJÁN; DR. ERICH FÜHRER a DR. ERICH FÜHRER** | : |
| **HAGYATÉK ALAPJÁN „NÉMET ÁLLAMI MÚZEUMOK,** | : |
| **GALÉRIÁK, RAKTÁR & RESTAURÁICÓS** | : |
| **LÉTESÍTMÉNYEK"** | : |
| (a megnevezések mindaddig fiktívek maradnak, amíg a tényleges | : |
| nevek ismertté nem válnak), | : |
| **"JOHN DOE MAGÁNKÉZBEN LÉVŐ MÚZEUMOK,** | : |
| **GALÉRIÁK, RAKTÁR & RESTAURÁCIÓS** | : |
| **LÉTESÍTMÉNYEK** | : |
| (a megnevezések mindaddig fiktívek maradnak, amíg a tényleges | : |
| nevek ismertté nem válnak), | : |
| **PHILIPS GYŰJTEMÉNY GALÉRIA / MÚZEUM** | : |

Alperesek.  :

------------------------------------------------------------X

A HOLOCAUST ÁLDOZATAINAK SZÖVETSÉGE A MŰTÁRGYAK ÉS MŰKINCSEK VISSZATÉRÍTÉSÉÉRT, más néven „AHVRAM" [1], ERNA DEUTSCH és DR. JORAM DEUTSCH, ALICE BURGER FISCHER és EDWARD DAVIS FAGAN, mint felperesek, nevezett alperesek ellen indított keresetük értelmében és okáért, az alábbi nyilatkozatot teszik ismereteik és meggyőződésük alapján:

## BEVEZETÉS

A tulajdon visszatérítésével kapcsolatos egyik utolsóként tárgyalt ügy a Holocaust[2] idején állítólagosan eltulajdonított műtárgyak, műkincsek és/vagy gyűjtemények (a továbbiakban: „Eltulajdonított Vagyon"). Az Egyesült Államok és más országok számos törvényt fogadtak el, valamint egyezményeket írtak alá annak érdekében, hogy a Zsákmányolt Művészeti Tárgyak örököseinek és/vagy az azokhoz fűződő jogok, jogcímek vagy érdekeltségek jogutódainak támogatást nyújtsanak a tényleges darabok visszaszerzésében, illetve a Zsákmányolt Művészeti Tárgyak pénzbeli kiegyenlítésében. A Holocaust előtt mint az egyik legnagyobb és legértékesebb európai impresszionista gyűjteményt tartották számon a Budapesten (Magyarországon) található Hatvany Gyűjteményt. A felperesek a Hatvany Gyűjteményhez fűződő jogok, jogcímek és érdekeltségek jogutódai. Nemrégiben a felperesek (i) bizonyítékot találtak a Hatvany Gyűjteménnyel kapcsolatos összeesküvésre, amelyben az alperes Németország azzal a céllal vett részt, hogy meghiúsítsa a felperesek és/vagy a felperesek jogelődjeinek tulajdonjogait, (ii) tudomására jutott, hogy a nemzetközi jog megszegésével az alperes Németország megfosztotta és/vagy törvénytelen úton eltulajdonította a felperesek és/vagy a felperesek jogelődjeinek vagyonát és (iii) felfedezték, hogy a Hatvany Gyűjtemény bizonyos darabjai világszerte fellelhetők múzeumokban és galériákban, így az Egyesült Államokban is.

## A FELEK

---

[1]    Az AHVRAM-ot azért hozták létre, hogy segítséget nyújtson a Holocaust áldozatainak abban, hogy peres úton szerezzenek érvényt az eltulajdonított és zsákmányolt műtárgyak, műkincsek és/vagy gyüjtemények visszatérítésével és a kártérítéssel kapcsolatos igényüknek. Az AHVRAM-ot azért hozták létre, mert a tagok pénzügyi helyzete nem teszi lehetővé, hogy egyéni úton szerezzenek érvényt igényeiknek. Az AHVRAM irodái New Yorkban, Izraelben és Svájcban vannak/lesznek.

[2]    A „Holocaust" kifejezés a jelen dokumentumban használt értelemben az 1933-tól 1945-ig terjedő időszakra vonatkozik, amikor a németországi Nemzeti Szocialista Rendszer – a náci rezsim (i) 6 millió zsidó, valamint több millió különböző fajú, nemzetiségű, vallású, szellemi háttérrel és hittel rendelkező ártatlan férfi, nő és gyermek szándékos kiirtásában vett részt és (ii) módszeresen eltulajdonította és elrabolta az ártatlan áldozatok javait, tulajdonát és vagyonát.

## FELPERESEK

1. A HOLOCAUST ÁLDOZATAINAK SZÖVETSÉGE A MŰTÁRGYAK ÉS MŰKINCSEK

   VISSZATÉRÍTÉSÉÉRT, felperes, más néven „AHVRAM" (a továbbiakban: „AHVRAM") egy

   New York-i székhelyű szövetség, amelynek irodái New York Városban és Államban és az itteni

   bírósági kerületen belül találhatók. AHVRAM felperes néhány tagja New York Városban és

   Államban és az itteni bírósági kerületen belül lakik.

2. AHVRAM felperes egy szövetség, melynek tagjai olyan egyesült államokbeli, svájci, izraeli és

   más országokbeli személyek, lakosok vagy állampolgárok, akik valamennyien hasonló igénnyel

   lépnek fel, egyebek mellett, a következőkkel kapcsolatban: (i) Eltulajdonított Vagyon

   visszatérítése, (ii) az egy vagy több alperest érintő összeesküvésből eredő károk megtérítése, amely

   összeesküvés az 1950-es évektől napjainkig tartott (a továbbiakban: „Vonatkozó Időszak"), és

   amely arra irányult, hogy a felpereseket megfossza vagyonuktól, valamint (iii) az alperes(ek)

   tulajdonába, őrizetébe és/vagy ellenőrzésébe került Eltulajdonított Vagyon alperes(ek) által

   történő visszaszolgáltatásának elmulasztásából és az Eltulajdonított Vagyonnal történő folyamatos

   nyerészkedésből eredő károk megtérítése. AHVRAM felperes jelenlegi tagjai az Egyesült

   Államokban, Izraelben és Európában élnek.

### A felperes Deutsch család érdekeinek, a feltárt összeesküvés
### és az igények a leírása

3. ERNA DEUTSCH felperes Prof. Hans Deutsch ל″ז özvegye és örököse. DR. JORAM DEUTSCH

   felperes Prof. Hans Deutsch fia és örököse. ERNA DEUTSCH & DR. JORAM DEUTSCH

   felperesek (a továbbiakban együttesen „DEUTSCH felperesek") jelenleg Svájcban élnek.

4. Prof. Hans Deutsch volt a legismertebb Holocaust jóvátételi ügyekkel foglalkozó ügyvéd az 1950-

   es évektől kezdve, és Holocaust áldozatok ezreit képviselte a Német Szövetségi Köztársasággal

   szemben azért, hogy visszaszerezze a nácik által eltulajdonított műtárgyakkal, műkincsekkel,

   gyűjteményekkel és más értékes vagyontárgyakkal kapcsolatban indított keresetekben igényelt és

   az üzleti veszteségből eredő pénzösszegeket.

5. 1973-ban vagy akörül Prof. Hans Deutsch jogokat, jogcímet és érdekeltséget szerzett a Hatvany gyűjteményre báró Hatvany Ferenc örököseitől (a továbbiakban „Hatvany Örökösök"). DEUTSCH felperesek ezen érdekeltségek jogutódai.

6. A Hatvany Gyűjtemény bizonyos határozottan azonosítható darabjait – melyek ezen kereset tárgyát képezik – felfedezték, illetve indokolt gyanú alapján feltételezik, hogy az alperes tulajdonában, őrizetében és/vagy ellenőrzése alatt vannak vagy voltak.

7. DEUTSCH felperesek eladták és/vagy átruházták a Hatvany Gyűjteményhez fűződő jogaik, jogcímük és érdekeltségük egy részét BURGER-FISCHER felperes részére.

8. DEUTSCH felperesek FAGAN felperes részére eladták és/vagy átruházták (i) a Hatvany Gyűjteményhez fűződő jogaik, jogcímük és érdekeltségük egy részét és (ii) a Holocaust áldozatoktól Zsákmányolt Műtárgyakkal és/vagy Gyűjteményekkel kapcsolatban jogigénnyel fellépő korábbi ügyfelei részére Prof. Deutsch által megszerzett jogokhoz fűződő érdekeltségeik és/vagy érdekeltségeik egy részét.

9. ERNA DEUTSCH felperes 92 éves, komoly egészségi problémákkal küzd, alacsony jövedelemmel rendelkezik és elengedhetetlenül szükséges számára, hogy ebben a keresetben gyorsított eljárás során ítélet szülessen. ERNA DEUTSCH felperes az AHVRAM tagja.

10. DR. JORAM DEUTSCH felperes az AHVRAM alapító tagja, annak tisztségviselője és képviselője.

**Burger – Fischer felperes/egyéni és képviselt keresetek leírása**

11. ALICE BURGER FISCHER felperes (a továbbiakban „BURGER-FISCHER" felperes) Holocaust áldozat, jelenlegi lakóhelye Queens NY. BURGER-FISCHER felperes az AHVRAM felperes tagja. BURGER-FISCHER felperes családja jómódú budapesti család volt, műtárgyakkal, műkincsekkel és értékes berendezési tárgyakkal rendelkeztek.

12. Mint Holocaust áldozat, BURGER – FISCHER felperes határozottan azonosítható érdekeltségekkel rendelkezik a Zsákmányolt Műtárgyakban, ideértve családja budapesti

otthonából származó tárgyakat, valamint bizonyos érdekeltsége van a Hatvany Gyűjteményben is. BURGER-FISCHER felperes érdekeltségei azért állnak fenn, mert ő az egyetlen megmaradt örököse édesanyjának, édesapjának valamint két fivérének, akiket valamennyiüket a nácik öltek meg.

13. Mint Holocaust túlélő és AHVRAM tag, aki SOHASEM részesedett kárpótlásban, BURGER-FISCHER felperes érdekei és képviselt jogképessége magában foglalja az alperesek tulajdonába került, igazságtalanul és törvénytelenül visszatartott, és/vagy a Felperes/Felperes érdekeltségi jogelődjei számára soha vissza nem származtatott VALAMENNYI Eltulajdonított Vagyonhoz fűződő érdekeltséget és/vagy jogokat.

### Fagan felperes/egyéni és utód keresetek leírása

14. EDWARD D. FAGAN felperes (a továbbiakban „FAGAN" felperes) a Dr. Hans Deutsch jogi praxisából megmaradt néhány érdekeltség, és a még nyitott kárpótlási keresetek tulajdonosa. FAGAN felperes New Jersey-ben él. FAGAN felperes az AHVRAM felperes tisztségviselője és képviselője.

15. FAGAN felperes némely Hatvany Gyűjteményhez fűződő jogok és érdekeltségek tulajdonosa, mely jogokat és érdekeltséget DEUTSCH felperesektől szerzett meg.

16. FAGAN felperes néhány egyéb jog és érdekeltség tulajdonosa, amely onnan származik, hogy megvásárolta a Prof. Deutsch jogi praxisából megmaradt néhány érdekeltséget, amely magában foglalja az Eltulajdonított Vagyonhoz fűződő jogokat.

### Folyamatos károkozásra vonatkozó keresetek

17. A felperesek kára nem korlátozódik a múltra, hanem napról napra folytatódik.

18. A felperesek keresete magában foglalja az Egyesült Államokban, és különösen a Kalifornia, Florida, Illinois és New York államokban hatályos törvények alperesek által történt megszegését, amely a jelen dokumentumban említett Eltulajdonított Vagyont is indokolhatóan magában foglaló

visszatartott, rejtegetett, hiányzó és/vagy eltulajdonított vagyontárgyak és tulajdonok Holocaust

áldozatok vagy örökösei részére történő számot adásra és elszámolásra vonatkozik.

**ALPERESEK**
**MAGYARORSZÁGI Alperesek**

19. MAGYAR KÖZTÁRSASÁG alperes (a továbbiakban „MAGYAR KÖZTÁRSASÁG")

Szövetségi Köztársaság, amely perbe fogható az Egyesült Államok bíróságain amiatt, hogy az

alábbi összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget az

Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a felperesek/felperesek jogelődjei felé.

20. MAGYAR KULTURÁLIS MINISZTÉRIUM alperes (a továbbiakban „MAGYAR

MINISZTÉRIUM") egy Szövetségi Köztársaság hivatalos szerve, képviselője és/vagy hivatala

(volt), amely az Egyesült Államok bíróságain perbe fogható amiatt, hogy az alábbi

összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget az

Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a felperesek/felperesek jogelődjei felé.

21. MAGYAR NEMZETI GALÉRIA alperes (a továbbiakban „MAGYAR GALÉRIA") a MAGYAR

KÖZTÁRSASÁG alperes hivatalos szerve, képviselője és/vagy hivatala (volt), amely az Egyesült

Államok bíróságain perbe fogható amiatt, hogy az alábbi összeesküvésben részt vett és abból

hasznot húzott, és amiatt, hogy nem tett eleget az Eltulajdonított Vagyon és a Hatvany

Gyűjtemény bizonyos darabjainak birtoklására, visszatartására, visszaszolgáltatásának

megtagadására, törvénytelen kisajátítására, megtartására, valamint az azokból történő

haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi jogban, szokásjogban,

megállapodásokban és egyezményekben foglalt kötelezettségeknek és követelményeknek a

felperesek/felperesek jogelődjei felé.

22. SZÉPMŰVÉSZETI MÚZEUM alperes (a továbbiakban „MAGYAR MÚZEUM") a MAGYAR

KÖZTÁRSASÁG alperes hivatalos szerve, képviselője és/vagy hivatala (volt), amely az Egyesült

Államok bíróságain perbe fogható amiatt, hogy az alábbi összeesküvésben részt vett és abból

hasznot húzott, és amiatt, hogy nem tett eleget az Eltulajdonított Vagyon és a Hatvany

Gyűjtemény bizonyos darabjainak birtoklására, visszatartására, visszaszolgáltatásának

megtagadására, törvénytelen kisajátítására, megtartására, valamint az azokból történő

haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi jogban, szokásjogban,

megállapodásokban és egyezményekben foglalt kötelezettségeknek és követelményeknek a

felperesek/felperesek jogelődjei felé.

23. MAGYAR ÁLLAMI MÚZEUMOK és/vagy ÁLLAMI ÉS MŰVÉSZETI RESTAURÁCIÓS

LÉTESÍTMÉNYEK alperesek (a továbbiakban „MAGYAR MŰVÉSZETI LÉTESÍTMÉNYEK")

(a megnevezés mindaddig fiktív és használatban marad, amíg a tényleges névre/nevekre fény nem

derül), a MAGYAR KÖZTÁRSASÁG alperes hivatalos szervei, képviselői és/vagy hivatalai

(voltak), amelyek az Egyesült Államok bíróságain perbe foghatók amiatt, hogy az alábbi

összeesküvésben részt vettek és abból hasznot húztak, és amiatt, hogy nem tettek eleget az

Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a felperesek/felperesek jogelődjei felé.

24. MAGYAR KÖZTÁRSASÁG alperes, és/vagy tisztségviselői, megbízottjai, képviselői és/vagy

alkalmazottai az alábbi összeesküvésben a német alperesekkel együtt közvetlenül és/vagy

közvetve részt vesznek/vettek, együttműködnek/együttműködtek, abból profitálnak/profitáltak és hasznot húznak/húztak, valamint a MAGYAR KÖZTÁRSASÁG alperes a múltban is és most is birtokolja, visszatartja az Eltulajdonított Vagyont és a Hatvany Gyűjtemény bizonyos darabjait, azok visszaszolgáltatását megtagadja és hasznot húz azok törvénytelen kisajátításából, megtartásából és abból, hogy nem tesznek eleget azok visszatérítésének a felperesek/felperesek jogelődjei felé.

25. MAGYAR MINISZTÉRIUM alperes, és/vagy tisztségviselői, megbízottjai, képviselői és/vagy alkalmazottai az alábbi összeesküvésben a német alperesekkel együtt közvetlenül és/vagy közvetve részt vesznek/vettek, együttműködnek/együttműködtek, abból profitálnak/profitáltak és hasznot húznak/húztak, valamint a MAGYAR MINISZTÉRIUM alperes a múltban is és most is birtokolja, visszatartja az Eltulajdonított Vagyont és a Hatvany Gyűjtemény bizonyos darabjait, azok visszaszolgáltatását megtagadja és hasznot húz azok törvénytelen kisajátításából, megtartásából és abból, hogy nem tesznek eleget azok visszatérítésének a felperesek/felperesek jogelődjei felé.

26. MAGYAR GALÉRIA alperes, és/vagy tisztségviselői, megbízottjai, képviselői és/vagy alkalmazottai az alábbi összeesküvésben a német alperesekkel együtt közvetlenül és/vagy közvetve részt vesznek/vettek, együttműködnek/együttműködtek, abból profitálnak/profitáltak és hasznot húznak/húztak, valamint a MAGYAR GALÉRIA alperes a múltban is és most is birtokolja, visszatartja az Eltulajdonított Vagyont és a Hatvany Gyűjtemény bizonyos darabjait, azok visszaszolgáltatását megtagadja és hasznot húz azok törvénytelen kisajátításából, megtartásából és abból, hogy nem tesznek eleget azok visszatérítésének a felperesek/felperesek jogelődjei felé.

27. MAGYAR MÚZEUM alperes, és/vagy tisztségviselői, megbízottjai, képviselői és/vagy alkalmazottai az alábbi összeesküvésben a német alperesekkel együtt közvetlenül és/vagy közvetve részt vesznek/vettek, együttműködnek/együttműködtek, abból profitálnak/profitáltak és hasznot húznak/húztak, valamint a MAGYAR MÚZEUM alperes a múltban is és most is

birtokolja, visszatartja az Eltulajdonított Vagyont és a Hatvany Gyűjtemény bizonyos darabjait, azok visszaszolgáltatását megtagadja és hasznot húz azok törvénytelen kisajátításából, megtartásából és abból, hogy nem tesznek eleget azok visszatérítésének a felperesek/felperesek jogelődjei felé.

28. MAGYAR MŰVÉSZETI LÉTESÍTMÉNYEK alperesek, és/vagy tisztségviselői, megbízottjai, képviselői és/vagy alkalmazottai az alábbi összeesküvésben a német alperesekkel együtt közvetlenül és/vagy közvetve részt vesznek/vettek, együttműködnek/együttműködtek, abból profitálnak/profitáltak és hasznot húznak/húztak, valamint a MAGYAR MŰVÉSZETI LÉTESÍTMÉNYEK alperesek a múltban is és most is birtokolják, visszatartják az Eltulajdonított Vagyont és a Hatvany Gyűjtemény bizonyos darabjait, azok visszaszolgáltatását megtagadják és hasznot húznak azok törvénytelen kisajátításából, megtartásából és abból, hogy nem tesznek eleget azok visszatérítésének a felperesek/felperesek jogelődjei felé.

29. MAGYAR KÖZTÁRSASÁG alperes felelős volt és most is felelős az alábbi összeesküvésben és cselekedetekben, cselekedetek elmulasztásában, gondatlanságban, károkozásban és/vagy személyek szándékos cselekedeteiben, ideértve az érdekeltségi jogelődök cselekedeteit, valamint az(ok) képviseleteinek, minisztériumainak, múzeumainak, szerveinek és/vagy jogi személyeinek cselekedeteit is, amely magában foglalja, de nem korlátozódik kizárólagosan a MAGYAR MINISZTÉRIUMRA, MAGYAR GALÉRIÁRA, MAGYAR MÚZEUMRA és egyéb MAGYAR MŰVÉSZETI LÉTESÍTMÉNYEKRE, melyek mindegyike a továbbiakban együttesen MAGYARORSZÁG alperesként szerepel.

**NÉMETORSZÁGI Alperesek**

30. NÉMET KÖZTÁRSASÁG alperes (a továbbiakban „NÉMET KÖZTÁRSASÁG") Szövetségi Köztársaság, amely perbe fogható az Egyesült Államok bíróságain amiatt, hogy az alábbi összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget az Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a felperesek/felperesek jogelődjei felé.

31. BUNDESMINISTERIUM DER FINANZEN alperes (a továbbiakban „NÉMET

PÉNZÜGYMINISZTÉRIUM") a NÉMET KÖZTÁRSASÁG alperes hivatalos szerve,

képviselője és/vagy hivatala (volt), amely az Egyesült Államok bíróságain perbe fogható amiatt,

hogy az alábbi összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget

az Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a felperesek/felperesek jogelődjei felé.

32. BUNDESREPUBLIK DEUTSCHLAND FINANZAGENTUR GmbH alperes (a továbbiakban

„NÉMET BANKÜGYNÖKSÉG") a NÉMET KÖZTÁRSASÁG alperes hivatalos szerve,

képviselője és/vagy hivatala (volt), amely az Egyesült Államok bíróságain perbe fogható amiatt,

hogy az alábbi összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget

az Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a felperesek/felperesek jogelődjei felé.

33. ROLF DAHLGRÜN alperes a ROLF DAHLGRÜN HAGYATÉK ALAPJÁN (a továbbiakban

„DAHLGRÜN") a NÉMET KÖZTÁRSASÁG alperes tisztségviselője, megbízottja és/vagy

képviselője (volt), aki az Egyesült Államok bíróságain perbe fogható amiatt, hogy az alábbi

összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget az

Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a Felperesek/Felperesek jogelődjei felé.

34. FÉAUX DE LA CROIX alperes a FÉAUX DE LA CROIX HAGYATÉK ALAPJÁN (a

továbbiakban „DE LA CROIX") a NÉMET KÖZTÁRSASÁG alperes tisztségviselője,

megbízottja és/vagy képviselője (volt), aki az Egyesült Államok bíróságain perbe fogható amiatt,

hogy az alábbi összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget

az Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a Felperesek/Felperesek jogelődjei felé.

35. WILHELM HÖTTL alperes a WILHELM HÖTTL HAGYATÉK ALAPJÁN (a továbbiakban

„HÖTTL") az NÉMET KÖZTÁRSASÁG alperes tisztségviselője, megbízottja és/vagy

képviselője (volt), aki az Egyesült Államok bíróságain perbe fogható amiatt, hogy az alábbi

összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget az

Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a Felperesek/Felperesek jogelődjei felé.

36. FRITZ KOPPE alperes a FRITZ KOPPE HAGYATÉK ALAPJÁN (a továbbiakban „KOPPE") a

NÉMET KÖZTÁRSASÁG alperes tisztségviselője, megbízottja és/vagy képviselője (volt), aki az

Egyesült Államok bíróságain perbe fogható amiatt, hogy az alábbi összeesküvésben részt vett és

abból hasznot húzott, és amiatt, hogy nem tett eleget az Eltulajdonított Vagyon és a Hatvany

Gyűjtemény bizonyos darabjainak birtoklására, visszatartására, visszaszolgáltatásának

megtagadására, törvénytelen kisajátítására, megtartására, valamint az azokból történő

haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi jogban, szokásjogban,

megállapodásokban és egyezményekben foglalt kötelezettségeknek és követelményeknek a

Felperesek/Felperesek jogelődjei felé.

37. DR. DETLEV HEINRICH alperes a DR. DETLEV HEINRICH HAGYATÉK ALAPJÁN (a

továbbiakban „HEINRICH") a NÉMET KÖZTÁRSASÁG alperes tisztségviselője, megbízottja

és/vagy képviselője (volt), aki az Egyesült Államok bíróságain perbe fogható amiatt, hogy az

alábbi összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget az

Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a felperesek/felperesek jogelődjei felé.

38. OLAF FREIHERR von KLINGSPOR alperes az OLAF FREIHERR von KLINGSPOR

HAGYATÉK ALAPJÁN (a továbbiakban „von KLINGSPOR") a NÉMET KÖZTÁRSASÁG

alperes tisztségviselője, megbízottja és/vagy képviselője (volt), aki az Egyesült Államok

bíróságain perbe fogható amiatt, hogy az alábbi összeesküvésben részt vett és abból hasznot

húzott, és amiatt, hogy nem tett eleget az Eltulajdonított Vagyon és a Hatvany Gyűjtemény

bizonyos darabjainak birtoklására, visszatartására, visszaszolgáltatásának megtagadására,

törvénytelen kisajátítására, megtartására, valamint az azokból történő haszonhúzásra vonatkozó

Egyesült Államokbeli és nemzetközi jogban, szokásjogban, megállapodásokban és

egyezményekben foglalt kötelezettségeknek és követelményeknek a Felperesek/Felperesek

jogelődjei felé.

39. GEORGE de MASIREVIC alperes a GEORGE de MASIREVIC HAGYATÉK ALAPJÁN (a

továbbiakban „MASIREVIC") a NÉMET KÖZTÁRSASÁG alperes tisztségviselője, megbízottja

és/vagy képviselője (volt), aki az Egyesült Államok bíróságain perbe fogható amiatt, hogy az

alábbi összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget az

Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a Felperesek/Felperesek jogelődjei felé.

40. DR. ERICH FÜHRER alperes a DR. ERICH FÜHRER HAGYATÉK ALAPJÁN (a továbbiakban

„FÜHRER") a NÉMET KÖZTÁRSASÁG alperes tisztségviselője, megbízottja és/vagy

képviselője (volt), aki az Egyesült Államok bíróságain perbe fogható amiatt, hogy az alábbi

összeesküvésben részt vett és abból hasznot húzott, és amiatt, hogy nem tett eleget az

Eltulajdonított Vagyon és a Hatvany Gyűjtemény bizonyos darabjainak birtoklására,

visszatartására, visszaszolgáltatásának megtagadására, törvénytelen kisajátítására, megtartására,

valamint az azokból történő haszonhúzásra vonatkozó Egyesült Államokbeli és nemzetközi

jogban, szokásjogban, megállapodásokban és egyezményekben foglalt kötelezettségeknek és

követelményeknek a Felperesek/Felperesek jogelődjei felé.

41. DAHLGRÜN alperes NÉMETORSZÁG alperes egykori pénzügyminisztere, részt vett a jelen

dokumentumban ismertetett cselekedetekben és összeesküvésben, azokból profitált és hasznot

húzott.

42. DE LA CROIX alperes NÉMETORSZÁG és NÉMET PÉNZÜGYMINISZTÉRIUM alperesek

egykori minisztere, igazgatója és tisztségviselője, részt vett a jelen dokumentumban ismertetett

cselekedetekben és összeesküvésben, azokból profitált és hasznot húzott.

43. HÖTTL alperes részt vett a jelen dokumentumban ismertetett cselekedetekben és

összeesküvésben, azokból profitált és hasznot húzott.

44. KOPPE alperes részt vett a jelen dokumentumban ismertetett cselekedetekben és összeesküvésben, azokból profitált és hasznot húzott.

45. HEINRICH alperes részt vett a jelen dokumentumban ismertetett cselekedetekben és összeesküvésben, azokból profitált és hasznot húzott.

46. von KLINGSPOR alperes részt vett a jelen dokumentumban ismertetett cselekedetekben és összeesküvésben, azokból profitált és hasznot húzott.

47. de MASIREVIC alperes részt vett a jelen dokumentumban ismertetett cselekedetekben és összeesküvésben, azokból profitált és hasznot húzott.

48. FÜHRER alperes részt vett a jelen dokumentumban ismertetett cselekedetekben és összeesküvésben, azokból profitált és hasznot húzott.

49. „NÉMET ÁLLAMI MÚZEUMOK, GALÉRIÁK, RAKTÁR & RESTAURÁCIÓS LÉTESÍTMÉNYEK" alperesek (a továbbiakban „NÉMET MŰVÉSZETI LÉTESÍTMÉNYEK") NÉMETORSZÁG alperes szervei és/vagy ügynökségei (voltak) és a jelen per tárgyát képező Eltulajdonított Vagyon egy vagy több darabját és/vagy a Hatvany Gyűjtemény darabjait őrizetükben, birtokukban és/vagy ellenőrzésük alatt tartják és/vagy tartották. A „NÉMET ÁLLAMI MÚZEUMOK, GALÉRIÁK, RAKTÁR & RESTAURÁCIÓS LÉTESÍTMÉNYEK" fiktív megnevezés, amely mindaddig használatban marad, amíg a tényleges nevekre fény nem derül.

50. „JOHN DOE MAGÁNKÉZBEN LÉVŐ MÚZEUMOK, GALÉRIÁK, RAKTÁR & RESTAURÁCIÓS LÉTESÍTMÉNYEK" alperesek (fiktív megnevezés, amely mindaddig használatban marad, amíg a tényleges nevekre fény nem derül) kereskedelmi jogi személyek, melyek az Eltulajdonított Vagyon egy vagy több darabját és/vagy a Hatvany Gyűjtemény darabjait őrizetükben, birtokukban és/vagy ellenőrzésük alatt tartják és/vagy tartották.

51. NÉMET KÖZTÁRSASÁG alperes felelős volt és most is felelős a cselekedetekben, cselekedetek elmulasztásában, gondatlanságban, károkozásban és/vagy személyek szándékos cselekedeteiben, ideértve az érdekeltségi jogelődök cselekedeteit, valamint az/ok képviseleteinek,

minisztériumainak, múzeumainak, szerveinek és/vagy jogi személyeinek cselekedeteit is, amelyek magukban foglalják, de nem korlátozódnak kizárólagosan a NÉMET PÉNZÜGYMINISZTÉRIUMRA, NÉMET BANKÜGYNÖKSÉGRE, DAHLGRÜN-RE, DE LA CROIX-RA, HÖTTL-RE, von KLINGSPOR-RA, de MASIREVIC-RE, FÜHRER-RE, és a NÉMET MŰVÉSZETI LÉTESÍTMÉNYEKRE, melyek mindegyike a továbbiakban együttesen NÉMETORSZÁG alpereseként szerepel.

## PHILIPS GYŰJTEMÉNY alperes

52. PHILIPS GYŰJTEMÉNY GALÉRIA / MÚZEUM alperes kereskedelmi jogi személy (volt), melynek vagyona elsősorban Washington DC területén található, és amely vagyonról feltételezhető, hogy jelenleg és/vagy korábban tartalmaz(ott) olyan tárgyakat, amelyek MAGYARORSZÁG és NÉMETORSZÁG alperesek felperesek/felperesek jogelődjei ellen elkövetett összeesküvés közvetlen eredményeképpen kerültek a tulajdonukba, őrizetükbe és/vagy ellenőrzésük alá, és amelynek vagyona kiállítások részére van kikölcsönözve szerte a világon, időnként olyan helyekre is, amelyek kívül esnek ezen Bíróság hatáskörén. Feltételezhető, hogy PHILIPS alperes a Hatvany Gyűjtemény egy vagy több darabját és/vagy az Eltulajdonított Vagyon egyéb darabjait, vagy a szóban forgó Eltulajdonított Vagyonnal és/vagy a Hatvany Gyűjteménnyel és/vagy a felperesek/felperesek jogelődje ellen elkövetett összeesküvéssel kapcsolatos egyéb információt őrizetében, birtokában és/vagy ellenőrzése alatt tartja és/vagy tartotta.

## HATÁSKÖR ÉS ILLETÉKES BÍRÓSÁG
### In Personam, In Rem & Tárgy Általános Leírása

53. A Bíróság illetékessége fennáll, mivel a szóban forgó kereset magában foglalja az Egyesült Államok törvényeinek, valamint a felperesek/felperesek jogelődjei vagyonának törvénytelen eltulajdonításával és az azokkal történő nyerészkedéssel kapcsolatban New York Városban és Államban hatályos rendeletek, nemzetközi törvények, megállapodások és/vagy egyezmények megszegését.

54.  A Bíróság bíráskodási joggal rendelkezik az alperesek fölött, amennyiben a jelen

dokumentumban panaszolt cselekedeteket abból a célból kezdeményezték és/vagy tervelték ki,

hogy kijátsszák az Egyesült Államokban és/vagy annak illetékességi kerületében az alperesek által

folytatott üzletre vonatkozó törvényeket, rendeleteket, közigazgatási szabályokat, szankciókat

és/vagy egyéb korlátozásokat.

55. A Bíróság bíráskodási joggal rendelkezik MAGYARORSZÁG és NÉMETORSZÁG

alperesekkel, és az ezen alperesek felügyelete alá tartozó valamennyi minisztériummal,

ügynökséggel, szervvel, múzeummal és/vagy egyéb jogi személyekkel szemben indított

keresetben, a Külföldi Legfőbb Mentességi Törvény („FSIA" – Foreign Sovereign Immunitites

Act) vonatkozó rendelkezési alapján. Közelebbről meghatározva, a Bíróság azért rendelkezik

bíráskodási joggal ezen keresetekben, mert:

   a.  Az alperesek az Eltulajdonított Műtárgyakat az Egyesült Államokba fuvarozták,

       szállították, ott raktározták eladták, kiállították és/vagy azokkal kapcsolatban egyéb

       cselekedeteket követtek el, és/vagy egyéb olyan intézkedéseket tettek, amelyek az

       Eltulajdonított Műtárgyakra vonatkoztak, vagy hatással voltak a feleperesek/felperesek

       jogelődjeinek egyesült államokbeli jogaira és tulajdonára, vagy az Egyesült Államok

       kereskedelmi művészeti piacára, vagy egyéb olyan intézkedéseket tettek, amelyek hasonló

       jogokra és/vagy az Egyesült Államok kereskedelmi piacaira gyakoroltak közvetlen hatást a

       28 U.S.C.A. (Egyesült Államok Annotált Törvénykönyve) § 1605 (a) (2) pontban

       meghatározottak szerint;

   b.  Az alperesek cselekedeteiket kitervelték, és a felperesek/felperesek jogelődjeinek egyesült

       államokbeli tulajdonát és jogait, vagy olyan tulajdont, amelyet korábban egyesült

       államokbeli tulajdonra cseréltek, ténylegesen elvették, azoktól megfosztották őket, és/vagy

       azokkal érdekellentétesen rendelkeztek, és amelyek mindegyikét a kereskedelmi művészeti

       piaccal és az azzal összefüggő cselekedetekkel kapcsolatban tulajdonították el, a 28

U.S.C.A. (Egyesült Államok Annotált Törvénykönyve) § 1605 (a) (3) pontban

meghatározottak szerint;

c.  Az alperesek törvénytelenül kisajátították és/vagy elvették a felperesek/felperesek

jogelődjeinek az Egyesült Államokban és a világ más részein lévő tulajdonát, ideértve az

Eltulajdonított Vagyont is, amely(ek) az alperesek alább ismertetett múzeumainak

megőrzésében, birtokában, ellenőrzése alatt van(nak), és/vagy amelye(ke)t ezekben a

múzeumokban tárolnak/tároltak, és amelyek mindegyike tárgya volt és jelenleg is tárgya a

nemzetközi jog megszegésének, amint ezen cselekedetek a 28 U.S.C.A. (Egyesült

Államok Annotált Törvénykönyve) § 1605 (a) (3) pontban meghatározásra kerültek;

d.  Az alperesek tettei kárt és/vagy veszteséget okoztak a felperesek/felperesek jogelődeinek

egyesült államokbeli tulajdonában, és a szóban forgó károkat és/vagy veszteségeket

MAGYARORSZÁG és NÉMETORSZÁG alperesek és/vagy annak/azoknak valamelyik

minisztériumának, hivatalának, szervének és/vagy ügynökségének miniszterei,

tisztségviselői, alkalmazottai, ügynökei és/vagy képviselői által elkövetett károkozó

és/vagy törvénytelen cselekménye(i) vagy mulasztása(i) okozták az alatt az idő alatt, amíg

tisztségük és feladatuk hatáskörében cselekedtek, a 28 U.S.C.A. (Egyesült Államok

Annotált Törvénykönyve) § 1605 (a) (5) pontban meghatározottak szerint;

e.  Az alperesek cselekményei megsértették az 1988-as Holocaust Áldozatok Kárpótlására

Vonatkozó Törvényt;

f.  Az alperesek cselekményei megsértették az 1994-es Nemzeti Eltulajdonított Vagyonra

Vonatkozó Törvényt;

g.  Az alperesek cselekményei megsértették az 1899-es és 1907-es Hágai Egyezményeket;

h.  Az alperesek cselekményei megsértették az 1990-es Jószomszédsági Megállapodást;

i.  Az alperesek cselekményei megsértették az 1995-ös Unidroit Egyezményt; és

j.  Az alperesek cselekményei megsértettek egyéb nemzetközi Megállapodásokat és a Jus

Cogens-t.

56. A Bíróság bíráskodási joggal rendelkezik PHILIPS GYŰJTEMÉNY alperes (a továbbiakban

„PHILIPS") felett, az állampolgárság különbözőségéből kifolyólag a 28 USC § 1332 alapján és

azért, mert (i) ezen illetékességi kerületen belül tart fenn vagy tartott fen ügynököket,

képviselőket, személyzetet, tisztségviselőket és/vagy vagyont, és/vagy (ii) rendszeres, folyamatos

és szisztematikus üzleti tevékenységet folytat vagy folytatott ezen illetékességi kerületen belül.

PHILIPS alperes egy olyan múzeum és/vagy galéria, amelyet az Egyesült Államok törvényei

szerint létesítettek és amely az Egyesült Államok törvénye alapján folytat üzleti tevékenységet és

fő működési helye Washington DC.

57. Amennyiben a Bíróság úgy találja, hogy ezen illetékességi kerületen belül hiányzik a hatásköre,

úgy a 28 USC 1531 értelmében a Bíróság bármely olyan egyéb szövetségi bíróság vagy

illetékességi kerület hatáskörébe is utalhatja ezt az ügyet, ahol az alperesek folyamatos és

szisztematikus üzleti tevékenységet folytatnak.

## ILLETÉKES BÍRÓSÁG

**58.** Jelen Bíróság illetékessége helytálló, mivel az alperesek a 28 U.S.C. 1391(a) Paragrafus, valamint

a 28 U.S.C. 1350 paragrafus értelmében a Kerületben folytatnak üzleti tevékenységet, és itt is

találhatók meg.

**59.** Abban az esetben, ha a Bíróság úgy határoz, hogy a jelen Bíróság illetékessége nem áll fenn, úgy

a 28 USC 1400 és 1401 értelmében a Bíróság bármely olyan más kerület hatáskörébe utalhatja a

szóban forgó keresetet, ahol azt eredetileg is meg lehetett volna indítani.

## VALAMENNYI ALPERESRE VONATKOZÓ ÁLTALÁNOS TÉNYEK

60. A Holocaust alatt a Náci Rezsim és ügynökei szisztematikusan ellopták az üldöztetésre és

megsemmisítésre kiszemelt személyek tulajdonában lévő csodálatos műtárgyakat, műkincseket és

gyűjteményeket („Eltulajdonított Vagyon[3]").

---

[3]     Jelen alkalmazás értelmében az „Eltulajdonított Vagyon" kifejezés magában foglalja a művészeti tárgyakat, nem kizárólagos jelleggel kiterjedve a műtárgyakra, festményekre, kerámiákra, ezüstre, aranyra, kézműipari termékekre, okiratokra, perzsaszőnyegekre és más hasonló egyedi természetű tárgyakra.

61. A második világháború végének közeledtével MAGYARORSZÁG alperes lehetőséget látott arra, hogy részt vegyen bizonyos Eltulajdonított Vagyon ellopásában, lefoglalásában és/vagy eltulajdonításában, és hogy mindezekből hasznot húzzon.

62. A második világháború vége felé a Szövetségesek Európa-szerte kutatásokat folytattak a nácik által ellopott, egyének vagy országok tulajdonát képező vagyonok és tulajdonok fellelésére.

63. A szóban forgó alperesek vonatkozásában, bizonyos jómódú magyar zsidó családok nácik által elrabolt vagyonát, különösen műtárgyaikat, festményeiket, műkincseiket és gyűjteményeiket az akkori Németország területére szállították, feltehetőleg abból a célból, hogy azokat számba vegyék vagy leltárba foglalják, majd raktározási célból visszaszállították a nácik tulajdonában lévő különböző titkos vagy távoli helyszínekre, így többek között az ausztriai Bad Aussee körzetben található sóbányákba.

64. A Szövetségesek bekerítették a nácikat és megpróbálták ezeket az igen értékes és egyedi vagyontárgyakat a jövő számára felderíteni, biztonságba helyezni és megőrizni

65. Ugyanakkor amikor a nácik megpróbálták az Eltulajdonított Vagyont titokban elraktározni és amikor a Szövetségesek ezt megpróbálták felkutatni, MAGYARORSZÁG alperes különleges helyzetben volt, mivel állampolgárai révén ismerte a vagyontárgyak, gyűjtemények eredetét, és olyan ismeretekkel rendelkezett, amelyeket elképzelései szerint előnyére fordíthatott a második világháború befejeztével, és amelyek hozzásegíthették MAGYARORSZÁG alperest ahhoz is, hogy az Eltulajdonított Vagyonból haszonra és előnyre tegyen szert.

66. MAGYARORSZÁG alperes úgy számított, hogy a nácik valószínűleg elveszítik a háborút és ebből a tényből kifolyólag MAGYARORSZÁG alperes lehetőséget látott arra, hogy a birtokában lévő információt felhasználja arra, hogy (i) segítse a Szövetségeseket az Eltulajdonított Vagyon felkutatásában, és (ii) olyan helyzetbe kerüljön, amely hozzásegítheti ahhoz is, hogy az Eltulajdonított Vagyonból hasznot húzzon és előnyökre tegyen szert.

67. Néhány mód, melyet MAGYARORSZÁG alperes úgy tekintett, hogy azok révén haszonra és előnyre tehet szert az Eltulajdonított Vagyonból:

a. Az Eltulajdonított Vagyonból, ideértve azokat a tárgyakat is, melyeket a Szövetségesek a Hatvany Gyűjteményből felleltek, minél több darabot összegyűjteni, azokra igényt benyújtani, lefoglalni és/vagy magának követelni; és

b. Az Eltulajdonított Vagyonból, ideértve a Hatvany Gyűjtemény darabjait, saját maga által lefoglalni, elvenni, ellopni, elkobozni és kisajátítani annyit, amennyit csak fel tud lelni.

68. Ebből a célból MAGYARORSZÁG alperes hozzálátott, hogy saját országában felkutassa az Eltulajdonított Vagyon darabjait, valamint azokat a tárgyakat, amelyeket tudomása szerint a Szövetségesek felfedeztek és felleltek az ausztriai Bad Aussee körzetben, ahová az Eltulajdonított Vagyonból származó tárgyakat korábban Németország területéről, a müncheni vagy a berlini lerakatokból szállították el.

69. MAGYARORSZÁG alperes a Hatvany Gyűjtemény darabjait is magában foglaló Eltulajdonított Vagyonból minél több tárgyat lefoglalt, elvett, ellopott, elkobzott és kisajátított, valamint magáénak nyilvánított. Ezek közül néhányat múzeumokban, lerakatokban és raktárakban helyezett el. Másokat kikölcsönzött, átruházott és/vagy mások számára eladott.

70. Ezidő alatt NÉMETORSZÁG alperesre rendkívüli nyomás nehezedett a Szövetségesek részéről, hogy az Eltulajdonított Vagyont felfedje és arról számot adjon, valamint hogy az Eltulajdonított Vagyon minden fellelhető darabját visszaszolgáltassa.

71. NÉMETORSZÁG alperes számos olyan programot indított be, melynek keretében a Holocaust áldozatok benyújthatták igényüket, többek között, az Eltulajdonított Vagyonra és azokra kártérítést is kaptak.

72. Ezen keresetek vonatkozásában NÉMETORSZÁG alperes egy olyan programot indított be, amely az áldozatokat az Eltulajdonított Vagyonnal kapcsolatban jelentős kártalanításra és/vagy kártérítési pénzre tette jogosulttá. A jogosultsághoz az áldozatoknak képeseknek kellett lenniük arra, hogy:

a. A függetlenül felbecsülhető ingatlan vagyont és személyi tulajdont azonosítsák;

b. A vagyon tulajdonjogát és/vagy abban lévő érdekeltségüket bizonyítsák; és

    c. Bebizonyítsák, hogy a tulajdont – miután a nácik elvették –NÉMETORSZÁG alperesnek a Náci Rezsim alatt fennálló fizikai határain belülre szállították.

73. Amennyiben egy Holocaust áldozatnak sikerült ilyen bizonyítékokat NÉMETORSZÁG alperes elé tárni, jogosulttá vált arra, hogy jelentős kárpótlást és/vagy kártérítési összeget kapjon.

74. Valahányszor NÉMETORSZÁG alperes ilyen keresetekkel szembesült, majdnem minden alkalommal azt állította, hogy az igénybejelentő Holocaust áldozat nem felelt meg maradéktalanul a fenti követelményeknek, hogy semmi esetre sem nyújtott kielégítő bizonyítékot arra nézve, hogy az Eltulajdonított Vagyon az akkori Németország területére érkezett, tehát ennek értelmében nem állt fenn a kártérítési összeg kifizetésének vagy a kárpótlás nyújtásának kötelezettsége.

75. Ez a módszer működőképes volt a kárpótlási és kártérítési igények túlnyomó részénél. Mindazonáltal NÉMETORSZÁG alperesre jelentős és egyre növekvő pénzügyi nyomás nehezedett az Eltulajdonított Vagyont és a korábbi Hatvany Gyűjteményt is magában foglaló műtárgyak, műkincsek és/vagy gyűjtemények visszatérítésére vonatkozó keresetekkel kapcsolatban.

76. Ez azzal a móddal magyarázható, amivel a nácik a Holocaust áldozatoktól ellopott műtárgyakat, műkincseket és/vagy gyűjteményeket kezelték.

77. A nácik pontos nyilvántartással rendelkeztek a Holocaust áldozatoktól ellopott műtárgyak, műkincsek és/vagy gyűjtemények leltárjáról, szállításáról, raktározásáról és átruházásáról.

78. Ez a tény tette lehetővé a hatvanas évek elején Hans Deutsch felperes jogelőd számára, hogy (német márkában kifizetett) dollár százmilliókat kezdjen sikeresen visszaszerezni a nácik által a Holocaust áldozatoktól ellopott műtárgyak, műkincsek és/vagy gyűjtemények visszaadásáért és kárpótlásáért indított keresetekben.

79. Valójában NÉMETORSZÁG alperes tulajdonában, megőrzésében vagy ellenőrzése alatt lévő nyilvántartások, vagy azok, amelyekhez hozzáférésük volt, ideértve a MAGYARORSZÁG alperestől származókat is, voltak azok a nyilvántartások, amelyeket felperes jogelőd Hans Deutsch

fel tudott használni arra, hogy hatalmas összegek kifizetését kényszerítse ki a Holocaust áldozatok

számára.

80. Hans Deutsch felperes jogelőd majdhogynem teljesen egyedül gyakorolt hatalmas pénzügyi

nyomást NÉMETORSZÁG alperesre azáltal, hogy százmilliók kifizetésére kényszerítette az

Eltulajdonított Vagyon visszaadásával és kárpótlásával kapcsolatban, melyből milliók kerültek

kifizetésre ügyfelei részére, mint például a Rothschild, Warburg és Európa leggazdagabb egyéb

zsidó családjai részére, akiknek vagyonát kifejezetten kiszemelték és elrabolták.

81. NÉMETORSZÁG alperes szerette volna elkerülni, mérsékelni és/vagy a minimálisra csökkenteni

a Deutsch felperes jogelőd által rákényszerített kötelezettségeket.

82. MAGYARORSZÁG alperes szintén szerette volna megtartani a háború végén és/vagy a háború

után megszerzett Eltulajdonított Vagyont.

83. NÉMETORSZÁG és MAGYARORSZÁG alperesek egyaránt rendelkeztek ismeretekkel és

kiterjedt nyilvántartással az alábbiakkal kapcsolatban: (i) a Hatvany Gyűjtemény sorsa; (ii) a

Hatvany Gyűjtemény mely részeit szállították el, mikor és hova; (iii) melyek azok a részei a

Hatvany Gyűjteménynek, amelyeket a nácik elloptak és soha nem kerültek elő; (iv) a Hatvany

Gyűjtemény mely részeit tulajdonította el MAGYARORSZÁG alperes a háborút követően,

miután a festményeket Németországba szállították, majd raktározási célból továbbküldték az

ausztriai Bad Aussee körzetbe, vagy máshova.

84. NÉMETORSZÁG és MAGYARORSZÁG alperesek egyaránt tisztában voltak azzal, hogy a

Hatvany Gyűjtemény óvatos becslések szerint is dollár százmilliókat ért eltulajdonításuk idején,

valamint azt is tudták, hogy Deutsch felperes jogelőd vállalta magára ez ügyben a visszatérítési és

kártérítési kereseteket.

85. NÉMETORSZÁG és MAGYARORSZÁG alperesek egyaránt tisztában voltak azzal, hogy csak

idő kérdése, amíg Deutsch felperes jogelőd képes lesz NÉMETORSZÁG alperest rákényszeríteni,

hogy fizessen a Hatvany Gyűjteményért, és mindketten tudták azt is, hogy előbb vagy utóbb

MAGYARORSZÁG alperesnek vissza kell szolgáltatnia a Hatvany Gyűjtemény birtokában lévő darabjait.

86. Ez volt az, amit NÉMETORSZÁG és MAGYARORSZÁG alperesek mindenáron el akartak kerülni, és ez a tény, valamint a mindig jelenlevő antiszemitizmus, faji megkülönböztetés, bigottság és zsidógyűlölet, amely felperesek meggyőződése szerint az alperesek mindazon minisztériumait, ügynökségeit és egyéb hivatalait jellemezte, amelyek az Eltulajdonított Vagyon zsidók részére történő visszatérítésével és a kárpótlás kifizetésével kapcsolatban indított keresetekért felelt és/vagy azokkal foglalkozott.

87. És így történt, hogy megszületett a felperes jogelőd elleni összeesküvés.

88. Az 1950-es és 1980-as évek között időszakban NÉMETORSZÁG alperes megkísérelte, hogy (i) törvénytelenül kisajátítsa a felperesek jogelődeinek tulajdonát, ideértve a Hatvany Gyűjteményt és az Eltulajdonított Vagyont is, és (ii) összeesküvést szőjön az Eltulajdonított Vagyont azonosítani tudó Holocaust áldozatok részére a műtárgyak visszatérítésével és kárigények kifizetésével kapcsolatos második világháborút követő egyezmények, kétoldalú megállapodások, valamint a meglévő és kötelező érvényű nemzetközi megállapodások, egyezmények és törvények betartására vonatkozó kötelezettségeivel szemben.

89. Az összesküvés kiterjedt az Eltulajdonított Vagyonnal kapcsolatos fuvarozásra, szállításra, raktározásra, lefoglalásra, felbecsülésre, kiállításra, brosúrák, füzetek kiadására, értékesítésre és egyéb cselekedetekre.

90. Az összeesküvés az Eltulajdonított Vagyon elvételére és/vagy kisajátítására is kiterjedt, annak tudatában, hogy a felperesek/felperesek jogelődei arra mindenek felett álló joggal, igénnyel és/vagy érdekeltséggel rendelkeztek.

91. Az összeesküvés az Eltulajdonított Vagyon előzetes értesítés nélküli elvételére és/vagy kisajátítására is kiterjedt a felperesek/felperesek jogelődei személyazonosságának és/vagy tartózkodási helyük tényleges és/vagy vélelmezhető ismeretében.

92. Az összeesküvés számos elemből tevődött össze, amelyek mindegyikét abból a célból tervelték ki,

hogy a felpereseket/felperesek jogelődeit a Hatvany Gyűjtemény darabjait is magában foglaló

Eltulajdonított Vagyontól megfosszák, és amely összeesküvés távolabbi célkitűzései az alábbiak

voltak:

    a. Megakadályozni a Holocaust áldozatokat és képviselőiket abban, hogy a tulajdon

      felleléséhez/visszaszerzéséhez és/vagy az érte járó kártérítéshez szükséges

      dokumentumokhoz hozzáférjenek. Ennek elkövetésével MAGYARORSZÁG és

      NÉMETORSZÁG alperesek és annak/azok ügynökei üzleti előnyre tettek szert azáltal,

      hogy a felperesek/felperesek jogelődeinek tulajdonát elvették és értékesítették, és hogy

      NEM fizettek a zsákmányolt tulajdonnal kapcsolatban indított törvényes igényekre és/vagy

      azokat nem szolgáltatták vissza vagy azokért nem fizettek kártérítést;

    b. Az Eltulajdonított Vagyonnal kapcsolatban új származást/ birtokjogot/ tulajdonjogot

      igazoló okiratok létrehozásában, a fuvarozásban, szállításban és értékesítésben segítséget

      nyújtani és azokból előnyre tenni szert egyesült államokbeli, illetve más, az Egyesült

      Államokban közvetlen hatással bíró magángyűjtők, múzeumok és galériák felé/azokon

      keresztül;

    c. Lehetővé tenni az alperesek számára, hogy a tulajdonukban, megőrzésükben vagy

      ellenőrzésük alatt lévő/volt Hatvany Gyűjteményt is magában foglaló Eltulajdonított

      Vagyont és/vagy annak/azok értékesítéséből vagy átruházásából származó nyereséget

      megtartsák, és

    d. Lehetővé tenni az alperesek számára, hogy olyan pénzekre, előnyökre és/vagy más értékes

      dolgokra tegyenek szert, amelyekre rendes körülmények között nem lenne jogosultságuk,

      de amelyeket az összeesküvésben való segítségnyújtásukért cserébe kellett az alperesek

      részére kifizetni.

93. Az összeesküvés céljának elérése érdekében MAGYARORSZÁG és NÉMETORSZÁG alperesek

úgy döntöttek, hogy kiválogatják és leállítják azokat a Holocaust áldozatokért folytatott kárpótlási

kereseteket, amelyeket az Egyesült Államokban, Izraelben, Svájcban, Franciaországban,

Németországban és a világ más részein irodákkal, tulajdonnal és ügyfélkörrel rendelkező Prof.

Hans Deutsch felperes jogelőd, izraeli ügyvéd indított.

94. Elméletük szerint, amennyiben MAGYARORSZÁG és NÉMETORSZÁG alperesek le tudják

állítani Prof. Hans Deutsch kárpótlási kereseteit, úgy ők –MAGYARORSZÁG és

NÉMETORSZÁG alperesek – előnyt kovácsolhatnak abból a képességükből, hogy az

Eltulajdonított Vagyont fizetés nélkül meg tudják tartani, amelyet azután elszállíthatnak,

átruházhatnak és/vagy néhány esetben eladhatnak másoknak, például MAGYARORSZÁG

és/vagy NÉMETORSZÁG alperesek állami kézben lévő múzeumainak, gyűjteményeinek, aukciós

házainak és vagy galériáinak, és/vagy magánkézben lévő múzeumoknak, gyűjteményeknek,

aukciós házaknak és/vagy galériáknak, mint például PHILIPS alperes, és hogy más előnyökre is

szert tehetnek.

95. Az összeesküvés véghezvitele érdekében NÉMETORSZÁG és MAGYARORSZÁG alperesek

bizonyos kötelezettségeket felhasználtak, jogosulttá tettek, alkalmaztak, kifizetettek és/vagy

delegáltak a saját kormányaikban, minisztériumaikban, ügynökségeikben, hivatalaikban és/vagy

kormányszerveikben dolgozó személyeknek, valamint olyan személyeknek, akiket kifejezetten az

összeesküvésben való munkára béreltek fel, és akik között megtalálhatók voltak a korábbi német,

svájci, osztrák és más országbeli náci pártok tagjai is.

96. Ezen összeesküvésben, nem kizárólagos jelleggel, a következő személyek vettek részt: (i)

DAHLGRÜN alperes – Hermann Göring közeli asszisztense és/vagy segédje, és mint ilyen felelős

volt a zsidó tulajdonok elrablásáért a náci megszállás alatt lévő országokban, különösen

Magyarországon, (ii) DE LA CROIX alperes – a Náci Akadémia tagja, aki felelős volt a Náci

Rezsim alatt a fajüldöző törvények kidolgozásáért, (iii) HÖTTL alperes – Eichmann egyik legfőbb

jobb keze, a náci párt pénz- és okmányhamisítási hivatalának tagja volt, (iv) FÜHRER alperes – a

náci párt magas rangú tagja és HÖTTL alperes közeli barátja, (v) Koppe alperes –DE LA CROIX

alperes közeli és bizalmas barátja volt, (vi) Heinrich alperes –DE LA CROIX alperes közeli és

bizalmas barátja volt, (vii) KLINGSPOR alperes – a háború alatt a náci kollaboráns

Magyarországon (viii) MASIREVIC alperes – magyar művészeti szakértő, aki együttműködött

NÉMETORSZÁG és MAGYARORSZÁG alperesekkel és (ix) sokan mások.

97. Az alperesek egyéni megnevezését az indokolja, hogy kivételes hatalommal és/vagy befolyással

rendelkeztek, vagy hozzáfértek az okmányokhoz, tanúkhoz és bizonyítékokhoz, azokat képesek

voltak manipulálni és befolyásolni. Mint ilyenek, egyedülálló helyzetben voltak ahhoz, hogy az

összeesküvést végrehajtsák.

98. DAHLGRÜN alperes NÉMETORSZÁG alperes pénzügyminisztere volt.

99. DE LA CROIX alperes NÉMETORSZÁG alperes Szövetségi Kárpótlási Hivatalának vezető

tisztségviselője volt, amely hivatal a Pénzügyminisztérium alá tartozott.

100.    HÖTTL alperes gyakorlott hamisító és hazudozó volt, korábbi náci és/vagy náci

kollaboráns személyekből álló hálózattal és egyéb „különleges" kapcsolatokkal rendelkezett az

ausztriai Bad Aussee körzetben, ahol számos, Németországból ideszállított Eltulajdonított

Vagyont raktároztak el, valamint HÖTTL alperes az Egyesült Államok Kormányának korábbi

alkalmazottja volt az Eltulajdonított Vagyon felkutatásával foglalkozó hivatalokban.

101.    KOPPE alperes gyakorlott hazudozó volt és korábbi náci és/vagy náci kollaboráns

személyekből álló hálózatot tartott fenn, amely „különleges" kapcsolatokkal rendelkezett

Ausztriában, Németországban, Magyarországon és Európa egyéb területein.

102.    HEINRICH alperes gyakorlott hazudozó volt és korábbi náci és/vagy náci kollaboráns

személyekből álló hálózatot tartott fenn, amely „különleges" kapcsolatokkal rendelkezett

Ausztriában, Németországban, Magyarországon és Európa egyéb területein.

103.    FÜHRER alperes Ausztriában volt ügyvéd, aki hamisított papírokkal/okmányokkal

kapcsolatban nyújtott segítséget.

104.    KLINGSPOR alperes különleges kapcsolatokkal rendelkezett Magyarországon.

105.    MASIREVIC alperes egykori magyar, aki a több hamisított okmányt és bizonyítékot

szolgáltatott.

106.    Az egyéni alperesek mindegyike NÉMETORSZÁG és MAGYARORSZÁG alperesek

tisztségviselője, ügynöke és/vagy képviselője volt az összeesküvés alatt.

107.    Az összeesküvés végrehajtása során az egyéni alperesek mindegyike alkalmazási területén

belül fejtette ki tevékenységét.

108.    Az összeesküvésben mindegyik egyéni összeesküvő úgy hajtotta végre saját feladatát, hogy

ténylegesen és/vagy vélelmezhetően ismerte MAGYARORSZÁG és NÉMETORSZÁG alperesek

akkori kormányain belül tevékenykedő felelős személyeket.

109.    Az alábbiak voltak a felelősségi területek és/vagy a feladatok, amelyeket az összeesküvés

előmozdítása érdekében el kellett végezniük:

a.  DAHLGRÜN alperes, mint NÉMETORSZÁG alperes pénzügyminisztere, feladatát

képezte az összeesküvés pártolása, ellenőrzése és/vagy irányítása és ezen feladatokat el is

látta. DAHLGRÜN alperes erősen ellenezte a Holocaust áldozatoknak járó visszatérítést és

a jóvátételi pénzek kifizetését és az összeesküvés végrehajtására megbízásokat adott;

b.  DE LA CROIX  alperes, a Szövetségi Kárpótlási Hivatal vezetője, feladatát képezte az

összeesküvés napi feladatainak megszervezése és végrehajtása, ideértve HÖTTL,

FÜHRER, KLINGSPOR, MASIREVICH egyéni alperesek felbérelését és állami

pénzekkel történő kifizetését, és ezen feladatokat ténylegesen el is látta. DE LA CROIX

alperes feladatát képezte a Magyarországon, Ausztriában és Németországban lezajlott

valamennyi személyes találkozó lebonyolítása, ideértve MAGYARORSZÁG alperes

tisztségviselőivel az összeesküvéssel kapcsolatban folytatott tárgyalásokat is arról, hogy

hogyan lehet Hans Deutsch felperes jogelődöt tönkretenni és a felperes jogelődök

vagyonát elvenni, és ezen feladatokat ténylegesen el is látta, és ezen kívül

MAGYARORSZÁG alperes részére megvesztegetést, fizetséget és/vagy egyéb

ellenszolgáltatást ajánlott fel annak/azoknak az összeesküvésben való együttműködéséért;

c.  HÖTTL alperes feladatát képezte, hogy részt vegyen a bizonyítékok megmásításában és

meghamisításában, okiratok hamisításában és ezeket a feladatokat ténylegesen el is látta;

d.  KOPPE alperes feladatát képezte, hogy Deutsch felperes jogelőd ellen propaganda hadjáratot szervezzen, valamint NÉMETORSZÁG és MAGYARORSZÁG alperesek részére összekötőként tevékenykedjen az igazságszolgáltatás tisztségviselőivel, hogy azok Deutsch felperes jogelőd ellen vádat emeljenek és megfosszák őt vagyonától, és ezt a feladatát ténylegesen el is látta;

e.  HEINRICH alperes feladatát képezte a különböző alperes összeesküvők közötti kommunikációs hálózat megszervezése, és ezt a feladatát ténylegesen el is látta, ezen kívül gyakran tett utazásokat, hogy lebonyolítsa a személyes találkozókat Bécsben, Budapesten és Bonnban;

f.  FÜHRER alperes feladatát képezte, hogy részt vegyen a bizonyítékok megmásításában és meghamisításában, és ezt a feladatát ténylegesen el is látta;

g.  KLINGSPOR alperes feladatát képezte, hogy részt vegyen a bizonyítékok megmásításában és meghamisításában, és ezt a feladatát ténylegesen el is látta;

h.  MASIREVIC alperes feladatát képezte, hogy részt vegyen a bizonyítékok megmásításában és meghamisításában, és ezt a feladatát ténylegesen el is látta.

110.  A fent megnevezett egyéni alperesek mindegyike NÉMETORSZÁG és/vagy MAGYARORSZÁG alperesek irányítása alapján, azok javára végezte munkáját.

111.  A fent megnevezett egyéni alperesek mindegyike egyéb előnyökben is részesült, ideértve a további és/vagy kiegészítő jövedelmekre vonatkozó jogokat, és/vagy azon előnyöket, amelyek mindazon, a Hatvany Gyűjteményt is magában foglaló Eltulajdonított Vagyonnal való folyamatos üzérkedésből származtak, amelyet sikerült a felperesek/felperesek jogelődei számára hozzáférhetetlenné tenni.

112.  MAGYARORSZÁG és NÉMETORSZÁG alperesek úgy vélték, akkor tudják az összeesküvés célját elérni, ha „bebizonyíthatják", hogy Prof. Hans Deutsch a visszatérítés iránt indított keresetei közül eggyel vagy többel csalást követett el, és hogy ilyen keresetek indítása és

keresztülvitele NÉMETORSZÁG alperes ellen elkövetett bűnnek minősül, és ennek értelmében

Prof. Hans Deutsch bűnöző.

113.        MAGYARORSZÁG és NÉMETORSZÁG alperesek azt tervezték, hogy Prof. Hans

Deutsch Hatvany Gyűjteményre vonatkozó kereseteit fogják felhasználni és azt állítani, hogy a

kereset NÉMETORSZÁG alperes ellen elkövetett csalás, ezért nem fizetnek kárpótlást a Hatvany

Gyűjteményért, nem szolgáltatják vissza az Eltulajdonított Vagyont, ami továbbra is

NÉMETORSZÁG és MAGYARORSZÁG alperesek birtokában maradhat, Prof. Hans Deutsch

pedig börtönbe kerülne.

114.        E cél elérése érdekében NÉMETORSZÁG és MAGYARORSZÁG alpereseknek kétségbe

kellet vonniuk azokat a kereseteket, amelyek azt állították, hogy a második világháború alatt nácik

ellopták és NÉMETORSZÁG alperes területére szállították a Hatvany Gyűjteményt, és amelyek

kiváltanák a kárpótlás kifizetésére irányuló követelést.

115.        Az összeesküvés előmozdítása érdekében NÉMETORSZÁG és MAGYARORSZÁG

alperesek az Egyesült Államokban, Ausztriában, Magyarországon, Németországban, Svájcban és

egyebütt személyeket alkalmaztak arra, hogy (i) bizonyítékokat hamísítsanak és/vagy rejtsenek el;

(ii) származásra, jogcímre és tulajdonjogra vonatkozó feljegyzéseket hamísítsanak meg és/vagy

rejtsenek el; (iii) meghatározott tulajdon fellelhetőségére vonatkozó bizonyítékot rejtsenek el; A

Hatvany Gyűjtemény meghatározott darabjait is magában foglaló Eltulajdonított Vagyon egyes

részeinek szállításában és értékesítésében működjenek közre, az Egyesült Államokban található

magángyűjtemények, múzeumok és/vagy galériák részére és/vagy azokon keresztül.

116.        Közelebbről meghatározva, az összeesküvéshez szükség volt a meghamisított

bizonyítékok, hamis dokumentumok előállítására, a tények szándékos félreértelmezésére és/vagy

elrejtésére, hamis tanúzásra való felbujtásra, csalárd követelések támasztására és a tények vagy

bizonyítékok egyéb tudatos, meggondolatlan, gondatlan vagy hanyag elferdítésére, többek között

az alábbiakkal kapcsolatban:

a.  A Hatvany Gyűjtemény bizonyos tárgyainak és az Eltulajdonított Vagyon más darabjainak valódi tulajdonosai;

b.  A Hatvany Gyűjtemény bizonyos tárgyait és az Eltulajdonított Vagyon más darabjait a nácik közül mikor, ki és hová szállította 1945. május 8-a előtt;

c.  A Hatvany Gyűjtemény darabjaiból és az Eltulajdonított Vagyon más darabjaiból álló szállítmányok közül melyeket szállították a nácik Németország akkori területére, a müncheni, berlini lerakatokba és más helyekre 1945. május 8-a előtt;

d.  A Hatvany Gyűjtemény mely darabjait és milyen más, az Eltulajdonított Vagyonból származó darabokat „raktározták" és kik „raktározták" az ausztriai Bad Aussee körzetben található sóbányákban, ahová akkor kerültek, amikor azokat Németországból odavitték;

e.  A Hatvany Gyűjtemény mely darabjait és milyen más, az Eltulajdonított Vagyonból származó darabokat „vett vissza" MAGYARORSZÁG alperes, miután azokat felfedezték az ausztriai Bad Aussee körzetében található sóbányákban vagy máshol;

f.  A Hatvany Gyűjtemény mely darabjai és milyen más, az Eltulajdonított Vagyonból származó darabok nem kerültek eltulajdonításra a nácik által és maradtak az eredeti tulajdonos birtokában 1945 után;

g.  A Hatvany Gyűjtemény mely darabjait és milyen más, az Eltulajdonított Vagyonból származó darabokat tulajdonított el MAGYARORSZÁG alperes 1945 után; és

h.  A Hatvany Gyűjtemény mely darabjait és milyen más, az Eltulajdonított Vagyonból származó darabokat követelhette/követelte MAGYARORSZÁG alperes, mint a Szövetségesek által visszaszolgáltatandó nemzeti kincseket.

117.    NÉMETORSZÁG alperes, DAHLGRÜL és DE LA CROIX alpereseken keresztül, közvetlen megbeszéléseket és tárgyalásokat folytatott MAGYARORSZÁG alperessel, melyek során kidolgozták a részleteit annak a magyarázatnak (miszerint a Hatvany Gyűjteményt az oroszok lopták el közvetlenül Budapestről), amelynek az volt a célja, hogy alapul szolgáljon valamennyi hamis, megmásított vagy valótlan tanúvallomásnak, bizonyítéknak és okmánynak.

118.      NÉMETORSZÁG alperes azt kérte, hogy MAGYARORSZÁG alperes szolgáltasson

meghamisított bizonyítékokat, hamis dokumentumokat és/vagy nyújtson segítséget a

meghamisított bizonyítékok, hamis dokumentumok előállításában, a tények szándékos

félreértelmezésében és/vagy elrejtésében, hamis tanúzásra való felbujtásban, csalárd követelések

támasztásában és a tények vagy bizonyítékok egyéb tudatos, meggondolatlan, gondatlan vagy

hanyag elferdítésében.

119.      MAGYARORSZÁG alperes tudatában volt annak, hogy NÉMETORSZÁG alperes

indítványa törvénytelen, és amelynek értelmében arra lenne szükség, hogy saját maga és

tisztségviselői jogsértő cselekedetekben vegyenek részt, amely magában foglalja, de nem

korlátozódik kizárólagosan a hamis, megmásított vagy valótlan tanúvallomások, bizonyítékok és

okmányok előállítására.

120.      Az összeesküvésben való együttműködésért és közreműködésért cserébe

NÉMETORSZÁG alperes felajánlotta, és MAGYARORSZÁG alperes megkapta volna vagy

megtarthatta volna a Hatvany Gyűjtemény tárgyait is magában foglaló Eltulajdonított Vagyon egy

részét, valamint kárpótlást, jóvátételt és/vagy egyéb előnyöket a Náci Rezsim által okozott

„veszteségeiért”.

121.      MAGYARORSZÁG alperes elfogadta NÉMETORSZÁG alperes ajánlatát, és beleegyezett

abba, hogy együttműködjön és közreműködjön az összeesküvésben.

122.      MAGYARORSZÁG alperes megadta a kért segítséget és/vagy közreműködést az ilyen

meghamisított bizonyítékok, hamis dokumentumok előállításában, a tények szándékos

félreértelmezésében és/vagy elrejtésében, hamis tanúzásra való felbujtásban, csalárd követelések

támasztásában és a tények vagy bizonyítékok egyéb tudatos, meggondolatlan, gondatlan vagy

hanyag elferdítésében.

123.      NÉMETORSZÁG alperes fizetett MAGYARORSZÁG alperesnek azért, hogy biztosította

a meghamisított bizonyítékokat, hamis dokumentumokat és/vagy közreműködött a meghamisított

bizonyítékok, hamis dokumentumok előállításában, a tények szándékos félreértelmezésében

és/vagy elrejtésében, hamis tanúzásra való felbujtásban, csalárd követelések támasztásában és a

tények vagy bizonyítékok egyéb tudatos, meggondolatlan, gondatlan vagy hanyag elferdítésében.

124.    NÉMETORSZÁG alperes előnyre tett szert a MAGYARORSZÁG alperestől vásárolt

és/vagy MAGYARORSZÁG alperes által szolgáltatott meghamisított bizonyítékok, hamis

dokumentumok előállításából, a tények szándékos félreértelmezéséből és/vagy elrejtéséből, hamis

tanúzásra való felbujtásból, csalárd követelések támasztásából és a tények vagy bizonyítékok

egyéb tudatos, meggondolatlan, gondatlan vagy hanyag elferdítéséből.

125.    MAGYARORSZÁG alperes előnyre tett szert a NÉMETORSZÁG alperestől vásárolt

és/vagy NÉMETORSZÁG alperes által szolgáltatott meghamisított bizonyítékok, hamis

dokumentumok előállításából, a tények szándékos félreértelmezéséből és/vagy elrejtéséből, hamis

tanúzásra való felbujtásból, csalárd követelések támasztásából és a tények vagy bizonyítékok

egyéb tudatos, meggondolatlan, gondatlan vagy hanyag elferdítéséből.

126.    Az ügyre vonatkozóan mindenkor az összeesküvés egy másik célja volt, hogy a felperesek

jogelődeinek Egyesült Államban lévő tulajdonát és vagyonát elvegyék, kisajátítsák, azokban

kárt és/vagy veszteséget okozzanak.

127.    Az összeesküvés ezen része olyan cselekedeteket érintett, amelyek NÉMETORSZÁG és

MAGYARORSZÁG alperesek számára és az egyénileg megnevezett DAHLGRÜN, DE LA

CROIX , FÜHRER, HÖTTL, KOPPE és HEINRICH alperesek, mint egykori nácik számára,

nagyon is megszokottak voltak.

128.    Az egyik ilyen cselekmény Prof. Hans Deutsch felperes jogelőd letartóztatása és tárgyalás

nélküli fogvatartása volt 18 hónapon át egy német börtönben. Ezen elzárás alatt

NÉMETORSZÁG, DAHLGRÜN és DE LA CROIX alperesek azt mondták DEUTSCH

felpereseknek, hogy ha átadják az egyesült államokbeli tulajdonjogukat és/vagy azokról

rendelkezve az ellenértéküket adják át, Prof. Deutsch „hamarosan" kiszabadul a börtönből.

129.     Ezt tették ugyanezek az alperesek akkor is, amikor mint nácik foglalkoztak azokkal a

Holocaust áldozat ügyfelekkel, akiknek a kárpótlási pénzük megszerzéséért Deutsch harcolt.

130.    Az összeesküvés részeként NÉMETORSZÁG alperes kényszerítette DEUTSCH

felpereseket és Hans Deutsch felperes jogelődöt arra, hogy adják át több tízmilliós

vagyontárgyaikat, vagy azok ellenértékét, ideértve az alábbi érdekeltségeiket (i) a The Plainville

News és a The Southington News (mindkettő Deutsch 100%-os tulajdonában lévő, westchester

megyei lap és a legrégibb egyesült államokbeli újságok közé tartozik); (ii) nyomdaüzemek és az

újságokhoz szükséges valamennyi berendezés; (iii) egyéb ingatlan és személyi tulajdon New York

államban; és VALAMENNYI egyesült államokbeli vállalatban lévő részvény és kötvény, ideértve

az IBM részvényeket is.

131.    Az összeesküvés részeként, amikor Hans Deutsch felperes jogelőd 18 hónapig tartó elzárás

után kiszabadult, az erre vonatkozó megismételt követelések ellenére sem lettek SOHASEM

maradéktalanul visszaszolgáltatva ezen egyesült államokbeli pénzösszegek, vagyontárgyak és

tulajdonok.

132.    Az összeesküvés részeként NÉMETORSZÁG és MAGYARORSZÁG alperesek

közreműködtek az Eltulajdonított Vagyon egyes részeinek Egyesült Államokba és/vagy az

Egyesült Államokon keresztül történő szállításában és/vagy értékesítésében.

133.    A Hatvany Gyűjtemény híresebb darabjai között szerepelnek az alább felsorolt tárgyak,

amelyek felbukkantak, eladásra kerültek az Egyesült Államok galériái, múzeumai és/vagy aukciós

házai részére és/vagy azokon keresztül, és/vagy még mindig ott találhatók, vagy azok

megőrzésében, tulajdonában vagy ellenőrzése alatt vannak:

   a.    Ingres „La Petite Baigneuse" *(A kis fürdőző – a ford.)* című remekműve, amely festmény

        eredetileg Washington DC Nemzeti Galériájában volt, és amely jelenleg alperes PHILIPS

        birtokában van;

   b.    Manet „Marine a Berck" *(Berck tengeri tájképe – a ford.)* című remekműve, amely a New

        York állambeli New York városban bukkant fel a Wildenstein & Co. Cégnél, és amely

        korábban a Barnes Alapítványnál volt Lower Merionban, Pennsylvania államban és amely

        1997 óta NINCS ott;

c. A nácik által elrabolt „Mt. Sinai" *(Sinai-hegy – a ford.)* című remekművet a Sotheby-n keresztül megvételre ajánlották fel potenciális vásárlók részére az Egyesült Államokban és másutt és a 2004-ben felfedezett dokumentumok bebizonyították, hogy a származással (jogcímmel) és a „tulajdonosi címre" jogot formálók személyazonosságával kapcsolatban a legmagasabb fokú figyelmeztetéssel kellet volna élni, mivel MEGERŐSÍTÉST NYERT, hogy a festményt (és a jelen dokumentumban követelt más tárgyakat) a felperesek érdekeltségi jogelődeitől ELLOPTÁK.

134.    NÉMETORSZÁG és MAGYARORSZÁG alperesek által végrehajtott összeesküvés kiterjedt az Eltulajdonított Vagyon szállítására, átruházására és/vagy azzal történő üzérkedésre az Egyesült Államokban, és jelentős hatást gyakorolt a Műtárgyak, Gyűjtemények és/vagy Műkincsek értékesítésével kapcsolatos kereskedelemre, valamint a Holocausttal összefüggő ügyekre és/vagy keresetekre az Egyesült Államokban.

135.    NÉMETORSZÁG és MAGYARORSZÁG alperesek által végrehajtott összeesküvés kiterjedt a pénzek, kötelezvények, értékpapírok, kereskedelmi okiratok és más értékes tárgyak szállítására, átruházására, kifizetésére és/vagy átvételére, amelyek az Egyesült Államokba és/vagy azon keresztül érkeztek, és amelyek jelentős hatást gyakoroltak az Egyesült Államok kereskedelmére, valamint a Holocausttal összefüggő ügyekre és/vagy keresetekre az Egyesült Államokban.

136.    Az összeesküvés, a sérelmek, károk és veszteségek okozása jelenleg is folyik, és csak az elmúlt néhány hónapban jutottak hozzá a felperesek bizonyos feljegyzésekhez és/vagy bizonyítékokhoz, amelyeket előzőleg visszatartottak, elrejtettek és/vagy titokban tartottak a felperesek előtt, és amely bizonyítékokból kiderül, hogy kik voltak a résztvevők és hogyan működött az összeesküvés.

137.    A jelenleg is folyó összeesküvés megkövetelte/megköveteli NÉMETORSZÁG és MAGYARORSZÁG alperesek részéről, hogy tudatos, hanyag, gondatlan, meggondolatlan és/vagy más törvénytelen módon sértsék meg az 1988-as Holocaust Áldozatok Kárpótlására

Vonatkozó Törvényt *[lásd 112 törvénycikk 18.(1998) cím II]*, amely VALAMENNYI kormánytól megköveteli, hogy a zsákmányolt vagyontárgyakat, mint például a jelen kereset tárgyát képező Eltulajdonított Vagyont és a Hatvany Gyűjtemény darabjait, szolgáltassák vissza.

138.    A jelenleg is folyó összeesküvés megkövetelte/megköveteli NÉMETORSZÁG és MAGYARORSZÁG alperesek részéről, hogy tudatos, hanyag, gondatlan, meggondolatlan és/vagy más törvénytelen módon sértsék meg az 1994-es Nemzeti Eltulajdonított Vagyonra Vonatkozó Törvényt azzal, hogy államok közötti vagy külföldi kereskedelemben bármely, 5.000 USD vagy azt meghaladó értékű árut szállít/szállítanak, átad/átadnak vagy átruház/átruháznak annak tudatában, hogy az lopott, átalakított vagy csalárd úton került megszerzésre *[lásd 18 USCA (Egyesült Államok Annotált Törvénykönyve § 2314]*; és azzal, hogy bármely, 5.000 USD vagy azt meghaladó értékű árut - amely eltulajdonításuk, törvénytelen átalakításuk vagy elvételük után átlépte egy állam vagy az Egyesült Államok határát - átvesz/átvesznek, birtokol/birtokolnak, elrejt/elrejtenek, raktároz/raktároznak, elcserél/elcserélnek, értékesít/értékesítenek vagy azzal rendelkezik/rendelkeznek, annak tudatában, hogy az lopott, átalakított vagy csalárd úton került megszerzésre *[lásd 18 USCA (Egyesült Államok Annotált Törvénykönyve § 2315]*.

139.    A jelenleg is folyó összeesküvés megkövetelte/megköveteli NÉMETORSZÁG és MAGYARORSZÁG alperesek részéről, hogy tudatos, hanyag, gondatlan, meggondolatlan és/vagy más törvénytelen módon sértsék meg az „1899-es Hágai Egyezmény 56. cikkelyét", amely úgy rendelkezik, hogy „a művészeti tárgyakat magántulajdonként kell kezelni, tilos azokat megrongálni, megsemmisíteni, vagy kisajátítani".

140.    A jelenleg is folyó összeesküvés megkövetelte/megköveteli NÉMETORSZÁG és MAGYARORSZÁG alperesek részéről, hogy tudatos, hanyag, gondatlan, meggondolatlan és/vagy más törvénytelen módon sértsék meg az „1907-es Hágai Egyezményt", amely megtiltja, hogy egy hadsereg „BÁRMILYEN olyan tulajdont elvegyen, amelyre katonai célokból nincs szükség".

**141.**     A jelenleg is folyó összeesküvés megkövetelte/megköveteli NÉMETORSZÁG és

MAGYARORSZÁG alperesek részéről, hogy tudatos, hanyag, gondatlan, meggondolatlan

és/vagy más törvénytelen módon sértsék meg az „1990-es Jószomszédsági Megállapodás"-t

NÉMETORSZÁG és MAGYARORSZÁG között, amely kötelezte NÉMETORSZÁGOT, hogy

biztosítsa a jelenleg MAGYARORSZÁGON tartózkodó felperesek tulajdonát képező

Zsákmányolt Műtárgyak és/vagy Gyűjtemények visszaszolgáltatását, hogy azok „visszakerüljenek

tulajdonosaikhoz vagy azok jogutódjaihoz", felperesekhez.

142.     A jelenleg is folyó összeesküvés megkövetelte/megköveteli NÉMETORSZÁG és

MAGYARORSZÁG alperesek részéről, hogy tudatos, hanyag, gondatlan, meggondolatlan

és/vagy más törvénytelen módon sértsék meg (az 1970-es UNESCO Egyezményt módosító)

„1995-ös, Lopott vagy Illegálisan Exportált Kulturális Jellegű Tárgyakra Vonatkozó Unidroit

Egyezmény"-t, amely a „kisemmizett tulajdonosok" (vagyis jelen dokumentumban szereplő

felperesek) „részére történő elsőbbségi jog megadására" szólít fel „a vevővel szemben, még akkor

is, ha az illető vevő a darabot jóhiszeműen vásárolta meg".

143.     A jelenleg is folyó összeesküvés megkövetelte/megköveteli NÉMETORSZÁG és

MAGYARORSZÁG alperesek részéről, hogy tudatos, hanyag, gondatlan, meggondolatlan

és/vagy más törvénytelen módon sértsék meg (i) az Egyesült Államok törvényeit, megállapodásait

és/vagy rendeleteit, (ii) a nemzetközi jogot és a Jus Cogens-t, és (iii) a nemzetközi

megállapodásokat, egyezményeket és kétoldalú megállapodásokat.

144.     A jelenleg is folyó összeesküvés megkövetelte/megköveteli NÉMETORSZÁG és

MAGYARORSZÁG alperesek részéről, hogy tudatos, hanyag, gondatlan, meggondolatlan

és/vagy más törvénytelen módon sértsék meg az ismertetett törvényeket, rendeleteket,

megállapodásokat, egyezményeket, az összeesküvés során kapott előnyökért cserébe.

145.     Az összeesküvés közvetlen és legközelebbi eredményeként, az 1950-es évektől napjainkig,

NÉMETORSZÁG és MAGYARORSZÁG alperesek megtarthatták és ténylegesen meg is

tartották az Eltulajdonított Vagyont, ideértve a Hatvany Gyűjtemény darabjait és egyéb,

felperesekhez/jogelődökhöz tartozó tulajdont, titkos és/vagy fel nem fedezett helyszíneken.

146.    Időről időre, az 1960-as évektől napjainkig a felperesek/felperesek jogelődei követelték a

Hatvany Gyűjtemény darabjait és egyéb, felperesekhez/jogelődökhöz tartozó tulajdont is magában

foglaló Eltulajdonított Vagyon visszaszolgáltatását, visszatérítését, és/vagy a kártérítés kifizetését

és az Eltulajdonított Vagyonnal történő elszámolást.

147.    Az 1950-es évektől napjainkig NÉMETORSZÁG és MAGYARORSZÁG alperesek

elutasították a Hatvany Gyűjtemény darabjait és egyéb, felperesekhez/jogelődökhöz tartozó

tulajdont is magában foglaló Eltulajdonított Vagyon visszaszolgáltatását, kártérítés és/vagy

kárpótlás kifizetését és/vagy az Eltulajdonított Vagyonnal történő elszámolást.

148.    Nemrégiben NÉMETORSZÁG és MAGYARORSZÁG alperesek beismerték, hogy a

Hatvany Gyűjtemény darabjait és egyéb, felperesekhez/jogelődökhöz tartozó tulajdont is magában

foglaló Eltulajdonított Vagyon bizonyos darabjai birtokukban, megőrzésükben és/vagy

ellenőrzésük alatt vannak.

149.    Kizárólag a példa kedvéért, ezen beismerések – nem kizárólagos jelleggel – az alábbiakra

terjedtek ki:

　　a.    2003 MAGYARORSZÁG alperes beismerte a felpereseknek, hogy a Hatvany Gyűjtemény

　　　　darabjait és egyéb, felperesekhez/jogelődökhöz tartozó tulajdont is magában foglaló

　　　　Eltulajdonított Vagyon bizonyos darabjai a birtokában, megőrzésében és/vagy ellenőrzése

　　　　alatt vannak, ideértve olyan tételeket is, amelyek MAGYARORSZÁG alperes valamelyik

　　　　múzeumának, raktár létesítményének, aukciós házának vagy egyéb ügynökségének

　　　　birtokában, megőrzésében és/vagy ellenőrzése alatt voltak; és

　　b.    2004 NÉMETORSZÁG alperes beismerte a felpereseknek, hogy a Hatvany Gyűjtemény

　　　　darabjait és egyéb, felperesekhez/jogelődökhöz tartozó tulajdont is magában foglaló

　　　　Eltulajdonított Vagyon bizonyos darabjai a birtokában, megőrzésében és/vagy ellenőrzése

　　　　alatt vannak, ideértve olyan tételeket is, amelyek NÉMETORSZÁG alperes valamelyik

múzeumának, raktár létesítményének, aukciós házának vagy egyéb ügynökségének

birtokában, megőrzésében és/vagy ellenőrzése alatt voltak, egyesek több mint 60 millió

Eurós minimum biztosítási értékkel, mások biztosítási érték nélkül.

150.     A Hatvany Gyűjtemény darabjait és egyéb, felperesekhez/jogelődökhöz tartozó tulajdont is

magában foglaló Eltulajdonított Vagyon azon darabjain túlmenően, amelyeket elismertek,

NÉMETORSZÁG és MAGYARORSZÁG alperesek vélhetően olyan, a Hatvany Gyűjtemény

darabjait és egyéb, felperesekhez/jogelődökhöz tartozó tulajdont is magában foglaló

Eltulajdonított Vagyon tárgyak birtokában vannak, és/vagy azok értékesítéséből hasznot húztak,

amelyeket országaik múzeumaiba/múzeumain keresztül és egyéb létesítményeiben/létesítményein

keresztül titokban raktároztak/raktároznak és/vagy szállítottak/szállítanak.

151.     A fenti összeesküvésnek csak közvetlen és legközelebbi eredménye volt az, hogy

NÉMETORSZÁG és MAGYARORSZÁG alperesek birtokába, megőrzésébe és/vagy ellenőrzése

alá kerültek a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/jogelődökhöz tartozó

tulajdont is magában foglaló Eltulajdonított Vagyon tárgyai.

152.     A fenti összeesküvésnek csak közvetlen és legközelebbi eredménye volt az, hogy

NÉMETORSZÁG és MAGYARORSZÁG alperesek törvénytelenül visszatartották és/vagy

kisajátították a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/jogelődökhöz tartozó

tulajdont is magában foglaló Eltulajdonított Vagyon tárgyakat.

153.     NÉMETORSZÁG és MAGYARORSZÁG alperesek elutasították, hogy a Hatvany

Gyűjtemény darabjait és egyéb, a felperesekhez/jogelődökhöz tartozó tulajdont is magában

foglaló Eltulajdonított Vagyont visszaszolgáltassák.

154.     A magyar, francia, német, osztrák és más jómódú műgyűjtő családokon kívül

NÉMETORSZÁG és MAGYARORSZÁG alperesek kifejezetten a felpereseket/felperesek

érdekeltségi jogelődeit vették célba azért, hogy a Hatvany Gyűjtemény darabjait és egyéb, a

felperesekhez/jogelődökhöz tartozó tulajdont is magában foglaló Eltulajdonított Vagyonból minél

többet elvehessenek.

155.    Nem sokkal azután, hogy nyilvánosságra került, miszerint NÉMETORSZÁG és MAGYARORSZÁG alperesek birtokában, megőrzésében és/vagy ellenőrzése alatt vannak az Eltulajdonított Vagyon tárgyai, melyek valószínűleg a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/jogelődökhöz tartozó tulajdont is magukban foglalják, NÉMETORSZÁG és MAGYARORSZÁG alperesek nemzetközi megállapodásokat, egyezményeket és/vagy kétoldalú megállapodásokat írtak alá annak/azok kölcsönös kicserélésére.

156.    Az említett nemzetközi megállapodások, egyezmények és/vagy kétoldalú megállapodások tervezett kedvezményezettjei a felperesek/felperesek jogelődei voltak.

157.    Ennek ellenére, ahelyett hogy visszaszolgáltatták volna a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/jogelődökhöz tartozó tulajdont is magában foglaló Eltulajdonított Vagyont, NÉMETORSZÁG és MAGYARORSZÁG  alperesek nem tettek eleget azoknak a nemzetközi megállapodásoknak, egyezményeknek és/vagy kétoldalú megállapodásoknak, amelyek a felpereseket/felperesek jogelődeit jelölték meg kedvezményezetteknek.

158.     Azon túlmenően, hogy nem tett eleget a fent említett nemzetközi megállapodásokban, egyezményekben és/vagy kétoldalú megállapodásokban foglalt követelményeknek, azok aláírása után MAGYARORSZÁG alperes törvényeket iktatott be és/vagy intézkedéseket tett a birtokában, megőrzésében és/vagy ellenőrzése alatt álló, és a jelen dokumentumban ismertetett összeesküvés során szerzett., a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/jogelődökhöz tartozó tulajdont is magában foglaló Eltulajdonított Vagyon államosítására és/vagy az Eltulajdonított Vagyon visszaszerzésére irányuló erőfeszítésekkel szembeni ellenállásra, akadályozásra vagy meghiúsításra.

159.    A Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/jogelődökhöz tartozó tulajdont is magában foglaló Eltulajdonított Vagyon államosítása és/vagy az Eltulajdonított Vagyon visszaszerzésére irányuló erőfeszítésekkel szembeni ellenállás, akadályozás vagy meghiúsítás céljából MAGYARORSZÁG alperes által beiktatott törvények és/vagy megtett intézkedések jogtalanok és törvénytelenek voltak.

160.    Azzal, hogy a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/jogelődökhöz tartozó tulajdont is magában foglaló Eltulajdonított Vagyont elvették, lefoglalták, visszatartották és/vagy eltitkolták, MAGYARORSZÁG és NÉMETORSZÁG alperesek közvetlenül sértették meg a nemzetközi megállapodásokat, egyezményeket és/vagy kétoldalú megállapodásokat, ideértve azokat is, amelyekre a jelen dokumentumban történt hivatkozás, valamint a Jus Cogens-t és egyéb nemzetközi törvényeket és normákat.

161.    Azzal, hogy a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyont elvették, lefoglalták, visszatartották és/vagy eltitkolták, MAGYARORSZÁG és NÉMETORSZÁG alperesek több nemzetközi megállapodást, egyezményt és/vagy kétoldalú megállapodást sértettek meg az alábbiak szerint:

162.    MAGYARORSZÁG és NÉMETORSZÁG alperesek olyan megállapodások szerződő felei/szerződő felei voltak, amelyek elítélték a rablást vagy fosztogatást a háborúban elszenvedett veszteségek kompenzálása céljából, ezáltal megtiltva a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon lefoglalását, visszatartását és/vagy titokban tartását.

163.    NÉMETORSZÁG és MAGYARORSZÁG alperesek szerződő felei/szerződő felei voltak három Hágai Egyezménynek, amelyek megtiltották a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon elvételét, lefoglalását, visszatartását és/vagy titokban tartását és/vagy kisajátítását.

164.    NÉMETORSZÁG és MAGYARORSZÁG alperesek szerződő felei/szerződő felei voltak a Háborús Törvényekre és Szokásokra Vonatkozó 1899-es Hágai Egyezmény 53. cikkelyének, amely kimondja, hogy „megszálló hadseregek kizárólag katonai hadműveletekhez felhasználható tulajdont foglalhatnak le", és mint ilyen, megtiltja a Hatvany Gyűjtemény darabjai és egyéb, a felperesekhez/ felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon lefoglalását.

165.    NÉMETORSZÁG és MAGYARORSZÁG alperesek szerződő felei (voltak) a Háborús Törvényekre és Szokásokra Vonatkozó 1899-es Hágai Egyezmény 56. cikkelyének, amely megállapítja,

hogy „... magántulajdonként kell kezelni és nem szabad szándékosan megsemmisíteni vagy megrongálni az olyan tulajdont, amely műtárgy és egyházi tulajdon…" és amely vonatkozik a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyonra.

166.    NÉMETORSZÁG és MAGYARORSZÁG alperesek szerződő felei/szerződő felei voltak az 1907-es Hágai Egyezménynek, amely hasonló rendelkezéseket tartalmaz, mint az 1899-es Hágai Egyezmény.

167.    Az 1907-es Hágai Egyezmény megtiltotta, hogy NÉMETORSZÁG és MAGYARORSZÁG alperesek a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyont elvegyék, lefoglalják, visszatartsák, titokban tartsák, és/vagy kisajátítsák.

168.    NÉMETORSZÁG és MAGYARORSZÁG  alperesek szerződő felei/szerződő felei voltak az 1954-es Hágai Egyezménynek, amely megtiltotta a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon használatát, elvételét, kisajátítását és/vagy visszatartását.

169.    NÉMETORSZÁG és MAGYARORSZÁG alperesek tisztában voltak azzal vagy tisztában kellett volna lenniük azzal, hogy a fent említett megállapodások, egyezmények és/vagy kétoldalú megállapodások, valamint a Jus Cogens, és az Egyesült Államokban érvényes és a nemzetközi törvények és normák megtiltották, hogy „bárkinek a tulajdonában lévő vagyonban olyan kárt okozzon/okozzanak, ami az egész emberiség kulturális örökségében történő károkozást jelenti....", ilyen például a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon.

170.    NÉMETORSZÁG és MAGYARORSZÁG alperesek szerződő felei/szerződő felei voltak az 1970-es UNESCO Egyezménynek, amely megtiltotta a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon folyamatos visszatartását.

171.    MAGYARORSZÁG és NÉMETORSZÁG alperesek tisztában voltak azzal vagy tisztában kellett volna lenniük azzal, hogy az 1970-es UNESCO Egyezmény alapelvei megkívánták tőlük, hogy megtegyék a szükséges lépéseket a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon visszaszolgáltatására.

172.    NÉMETORSZÁG és MAGYARORSZÁG alperesek jogsértést követtek el azzal, hogy nem tettek eleget a fent említett Hágai és UNESCO Egyezményekben előírt kötelezettségeknek a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon visszaszolgáltatására vonatkozóan.

173.    MAGYARORSZÁG és NÉMETORSZÁG alperesek megsértették az 1990-es Jószomszédsági Megállapodásban foglalt kötelezettségek vonatkozó részeit azzal, hogy nem biztosították a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon visszaszolgáltatását.

174.    NÉMETORSZÁG és MAGYARORSZÁG alperesek arra irányuló kísérletei, hogy olyan törvényhozást kezdeményezzenek, amelynek segítségével visszamenőleg meg tudná/tudnák kísérelni az Eltulajdonított Vagyon darabjait, a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon általa/általuk történt lefoglalásának, ellopásának, visszatartásának és/vagy titokban tartásának törvényesítését, törvénytelenek voltak.

175.    Azt követően, hogy ismert volt és/vagy kiderült, hogy a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon NÉMETORSZÁG és MAGYARORSZÁG alperesek birtokában, megőrzésében és/vagy ellenőrzése alatt van, kötelességük volt, hogy vigyázzanak rá és visszaszolgáltassák azt a felpereseknek/felperesek jogelődeinek.

176.    Kötelezettségeikkel ellentétben, azt követően, hogy az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdon NÉMETORSZÁG és MAGYARORSZÁG alperesek birtokába, megőrzésébe és/vagy ellenőrzése alá

került és/vagy kiderült, hogy ott van, galériákban, múzeumokban, páncéltermekben, raktárakban, hivatalokban és egyéb helyszíneken kerültek elhelyezésre MAGYARORSZÁGON és NÉMETORSZÁGBAN és/vagy szerte MAGYARORSZÁG és NÉMETORSZÁG egész területén, ezen tények és/vagy a helyszínek, ahol ezeket a tárgyakat tárolták nem voltak és soha nem is jutottak maradéktalanul a felperesek/felperesek jogelődei tudomására.

177.    NÉMETORSZÁG és MAGYARORSZÁG alperesek kötelessége volt annak biztosítása, hogy a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon, amely a tulajdonukba, megőrzésükbe és/vagy ellenőrzésük alá került és/vagy kiderült, hogy ott van, visszakerüljön a jogos tulajdonosokhoz, azaz a felperesekhez/felperesek jogelődeihez.

178.    Fentiek értelmében, MAGYARORSZÁG és NÉMETORSZÁG alperesek összeesküvést szőttek, hogy törvénytelenül visszatartsák a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyont.

179.    Fentiek értelmében, MAGYARORSZÁG és NÉMETORSZÁG alperesek a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon törvénytelen átruházásával másoknak is segítséget nyújtottak.

180.    Fentiek értelmében, MAGYARORSZÁG és NÉMETORSZÁG alperesek a fenti cselekedeteik leplezésére olyan tetteket követtek el, amelyek segítségével megfoszthatták a felpereseket/felperesek jogelődeit, vagyis a jogszerű tulajdonosokat, a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyonhoz fűződő jogaiktól, jogcímüktől és érdekeltségeiktől.

181.    Valamennyi fent említett cselekedet vagy mulasztás egy olyan szándék, terv és/vagy mesterkedés része volt, ami arra irányult, hogy a felepereseket/felperesek jogelődeit kisemmizzék a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon visszaállításából és/vagy kárpótlásából (a továbbiakban: A Felperesek/Felperesek Jogelődeinek Kisemmizésére Szőtt Terv).

182.    Fentiek értelmében, a MAGYARORSZÁG és NÉMETORSZÁG alperesek által A Felperesek/Felperesek Jogelődeinek Kisemmizésére Szőtt Tervvel kapcsolatban elkövetett tettei törvénytelenek voltak.

183.    A Felperesek/Felperesek Jogelődeinek Kisemmizésére Szőtt Tervben szereplő, a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon között megtalálható néhány a világ legnagyobb, legjelentősebb és legértékesebb remekműveiből, olyan művészektől, mint például Rembrandt, Monet, Manet, Renoir, van Gogh, Degas, De La Croix, El Greco, Ingres, Titian, Tintereto és mások.

## ELÉVÜLÉS SZÜNETELÉSE

184.    A jelen kereseti alapok esetében alkalmazandó elévülés feloldásra kerül, mivel azok a cselekedetek, amelyekkel szemben jelen dokumentumban panaszt emeltek, olyan cselekedetek, amelyek esetében nem áll fenn elévülés, vagy amelyeket csak nemrégiben lehetett feltárni vagy csak nemrégiben tártak fel és/vagy amelyek folyamatban vannak és/vagy amelyek folyamatosan elkövetett törvénysértések.

185.    Felpereseknek csak nemrég jutott tudomására a Felperesek/Felperesek Jogelődeinek Kisemmizésére Szőtt Terv, valamint a jelen kereset tárgyát képező, a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon törvénytelen lefoglalása, kisajátítása, elrejtése, titokban tartása, raktározása és/vagy visszatartása.

186.    A Felperesek/Felperesek Jogelődeinek Kisemmizésére Szőtt Tervvel kapcsolatos tények csak nemrég jutottak a felperesek birtokába és tudomására, amely tények leleplezik azt a néhány módot, amellyel a jelen kereset alapját képező, óvatos becslések szerint amerikai dollár MILLIÁRDOKAT érő, a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon az alperesek birtokába, megőrzésébe és/vagy ellenőrzése alá került, és amellyel azt törvénytelenül megtartották, visszatartották, elszállították, átruházták, értékesítették, elrejtették és/vagy kisajátították.

187.     NÉMETORSZÁG és MAGYARORSZÁG alperesek aktív módon leplezték, és/vagy megkísérelték leplezni és/vagy továbbra is leplezik a Felperesek/Felperesek Elődeinek Kisemmizésére Szőtt Terv előmozdítása érdekében végzett törvénytelen cselekedeteiket.

188.     A Felperesek/Felperesek Jogelődeinek Kisemmizésére Szőtt Terv részeként NÉMETORSZÁG és MAGYARORSZÁG alperesek aktív módon leplezték, és/vagy megkísérelték leplezni és/vagy továbbra is leplezik törvénytelen cselekedeteiket, többek között, a felperesek, más áldozatok képviselői, ügyvédek, politikusok, bíróságok, nemzetközi bizottságok, közvetítők, történészek és más érdekelt felek elől, akikkel szemben alpereseket kötelezettség terhel és folyamatosan terhelt azért, hogy (i) visszatérítsék az Eltulajdonított Vagyont, a Hatvany Gyűjtemény darabjait és egyéb, a feleperesekhez/felperesek jogelődeihez tartozó tulajdont és hogy (ii) hitelt érdemlően és hiánytalanul feltárják az Eltulajdonított Vagyonnal és a Hatvany Gyűjteménnyel kapcsolatos nyilvántartások és információk létezését.

## I. VÁDPONT – TULAJDON JOGTALAN KISAJÁTÍTÁSA/ELTULAJDONÍTÁSA

189.     Felperesek a fent hivatkozott bekezdésekben foglalt minden egyes vádat megismételnek úgy, mintha azok teljes mértékben és teljes terjedelemben e helyütt kifejtésre kerülnének.

190.     NÉMETORSZÁG és MAGYARORSZÁG alperesek fentebb ismertetett összeesküvése és cselekedetei vagy mulasztásai a jelen kereset tárgyát képező felperesekhez/felperesek jogelődeihez tartozó tulajdon, a Hatvany Gyűjtemény darabjai és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdon jogtalan kisajátítását és/vagy eltulajdonítását képezik.

191.     A fent említett összeesküvésben, cselekményekben és jogtalan kisajátításokban és/vagy eltulajdonításokban NÉMETORSZÁG és MAGYARORSZÁG alperesek az alábbiakkal vettek részt:

   a.   Az Ellopott Műtárgyakat az Egyesült Államokba fuvarozták, szállították, raktározták, értékesítették, kiállították és/vagy velük kapcsolatban más cselekedeteket követtek el, és/vagy az Ellopott Műtárgyakkal kapcsolatban egyéb intézkedéseket tettek vagy olyan cselekedeteket követtek el, amelyek hatást gyakoroltak a felperesek/felperesek jogelődeinek Egyesült Államokban érvényes jogaira és ottani tulajdonaikra, vagy az

Egyesült Államok kereskedelmi művészeti piacára, vagy olyan intézkedéseket tettek amely közvetlen hatással bírtak hasonló jogokra és/vagy az Egyesült Államok kereskedelmi piacaira, amellyel közvetlenül szegték meg a 28 U.S.C.A. (Egyesült Államok Annotált Törvénykönyve) § 1605 (a) (2) bekezdését;

b.  A felperesek/felperesek jogelődeit megfosztották egyesült államokbeli tulajdonuktól és jogaiktól és/vagy azokat hátrányosan befolyásolták, vagy olyan tulajdonuktól fosztották meg és/vagy azt hátrányosan befolyásolták, amelyet korábban egyesült államokbeli tulajdonra cseréltek, amelyek mindegyikét a kereskedelmi művészeti piaccal és tevékenységekkel kapcsolatos 28 U.S.C.A. (Egyesült Államok Annotált Törvénykönyve) § 1605 (a) (3) bekezdés közvetlen megszegésével tulajdonítottak el;

c.  Kárt és/vagy veszteséget okoztak a felperesek/felperesek jogelődeinek egyesült államokbeli tulajdonában, és a szóban forgó károkat és/vagy veszteségeket az említett alperesek és/vagy annak/azoknak valamelyik minisztériumának, hivatalának, szervének és/vagy ügynökségének miniszterei, tisztségviselői, alkalmazottai, ügynökei és/vagy képviselői által elkövetett károkozó és/vagy törvénytelen cselekménye(i) vagy mulasztása(i) okozták az alatt az idő alatt, amíg tisztségük vagy feladatuk hatáskörében cselekedtek, a 28 U.S.C.A. (Egyesült Államok Annotált Törvénykönyve) § 1605 (a) (5) bekezdés közvetlen megszegésével;

d.  Az 1988-as Holocaust Áldozatok Kárpótlására Vonatkozó Törvény megszegésével követtek el cselekedeteket;

e.  Az 1994-es Nemzeti Eltulajdonított Vagyonra Vonatkozó Törvény megszegésével követtek el cselekedeteket;

f.  Az 1899-es és 1907-es Hágai Egyezmény megszegésével követtek el cselekedeteket;

g.  Az 1990-es Jószomszédsági Megállapodás megszegésével követtek el cselekedeteket;

h.  Az 1995-ös Unidroit Egyezmény megszegésével követtek el cselekedeteket; és

i.  Az egyéb alkalmazandó nemzetközi Megállapodások & a Jus Cogens megszegésével

követtek el cselekedeteket.

192.    NÉMETORSZÁG és MAGYARORSZÁG alperesek által elkövetett fenti összeesküvés,

jogtalan cselekedetek, mulasztások és/vagy törvénytelen kisajátítások és/vagy eltulajdonítások közvetlen

és legközelebbi eredményeképpen a felperesek anyagi és egyéb károkat szenvedtek.

MINÉLFOGVA felperesek ítéletet kérnek NÉMETORSZÁG és MAGYARORSZÁG alperes ellen,

egyénileg, egyetemlegesen, külön-külön, és/vagy a jelen Vádpont alapján vagylagosan az alábbiakban (i)

NÉMETORSZÁG és/vagy MAGYARORSZÁG alperesek galériáiban, múzeumaiban, raktáraiban,

restaurációs és egyéb létesítményeiben fellelt festményeket is magában foglaló Eltulajdonított Vagyon

meghatározott darabjainak, a Hatvany Gyűjtemény darabjainak és egyéb, a felperesekhez/felperesek

jogelődeihez tartozó tulajdonnak a visszatérítése és/vagy azokért kártérítés fizetése, nem kevesebb, mint

**EGYMILLIÁRD AMERIKAI DOLLÁR (USD) ($1,000,000,000)** összegben; (ii) példás és/vagy

büntető kártérítés **HATMILLIÁRD AMERIKAI DOLLÁR (USD) ($6,000,000,000)** összegben; és (iii)

jelen per kamatai, ügyvédi díjai és költségei.

## II. VÁDPONT – ÖSSZEESKÜVÉS

193.    Felperesek a fent hivatkozott bekezdésekben foglalt minden egyes vádat megismételnek

úgy, mintha azok teljes mértékben és teljes terjedelemben e helyütt kifejtésre kerülnének.

194.    NÉMETORSZÁG és MAGYARORSZÁG alperesek fent említett cselekedeti vagy

mulasztásai annak a mesterkedésnek voltak részei, amelyek arra irányultak, hogy a jogos tulajdonosokat,

ideértve a jelen ügy felpereseit, megfosszák az Eltulajdonított Vagyontól, a Hatvany Gyűjtemény

darabjaitól, és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdontól.

195.    NÉMETORSZÁG és MAGYARORSZÁG alperesek által elkövetett fenti összeesküvés,

mesterkedés és egyéb cselekedetek törvénytelenek voltak.

196.    A fenti összeesküvéssel, mesterkedéssel és egyéb cselekedetekkel megszegték az

Eltulajdonított Vagyonnal, a Hatvany Gyűjtemény darabjaival és egyéb, a felperesekhez/felperes

jogelődökhöz tartozó tulajdonnal kapcsolatban NÉMETORSZÁG és MAGYARORSZÁG alperesek

cselekedeteire és kötelezettségeire irányadó alkalmazandó törvényeket és rendelkezéseket.

197.    NÉMETORSZÁG és MAGYARORSZÁG alperesek által elkövetett fenti összeesküvés,

mesterkedés és egyéb jogtalan cselekedetek közvetlen és legközelebbi eredményeképpen a felperesek

anyagi és egyéb károkat szenvedtek

**198.**    MINÉLFOGVA felperesek ítéletet kérnek NÉMETORSZÁG és MAGYARORSZÁG

alperesek ellen, egyénileg, egyetemlegesen, külön-külön, és/vagy a jelen Vádpont alapján vagylagosan az

alábbiakban (i) kártérítés az összeesküvésben és mesterkedésben általa/általuk játszott szerepért, nem

kevesebb, mint **EGYMILLIÁRD AMERIKAI DOLLÁR (USD) ($1,000,000,000)** összegben; (ii)

NÉMETORSZÁG és/vagy MAGYARORSZÁG alperesek galériáiban, múzeumaiban, raktáraiban,

restaurációs és egyéb létesítményeiben fellelt festményeket is magában foglaló Eltulajdonított Vagyon

meghatározott darabjainak, a Hatvany Gyűjtemény darabjainak és egyéb, a felperesekhez/felperesek

jogelődeihez tartozó tulajdonnak a visszatérítése és/vagy azokért kártérítés fizetése, nem kevesebb, mint

**EGYMILLIÁRD AMERIKAI DOLLÁR (USD) ($1,000,000,000)** összegben; (iii) példás és/vagy

büntető kártérítés **HATMILLIÁRD AMERIKAI DOLLÁR (USD) ($6,000,000,000)** összegben; és (iv)

jelen per kamatai, ügyvédi díjai és költségei.

## III. VÁDPONT – HANYAGSÁG és/vagy HANYAG FELÜGYELET

199.    Felperesek a fent hivatkozott bekezdésekben foglalt minden egyes vádat megismételnek

úgy, mintha azok teljes mértékben és teljes terjedelemben e helyütt kifejtésre kerülnének.

200.    NÉMETORSZÁG és MAGYARORSZÁG alpereseknek kötelessége volt, hogy a

tulajdonába/tulajdonukba került és/vagy ott fellelt Eltulajdonított Vagyon, a Hatvany Gyűjtemény

darabjai és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdon azonosításával kapcsolatban

kellő gondossággal járjanak el, annak érdekében, hogy azokat azonnal és haladéktalanul

visszaszolgáltassák, vagy a felperesek/felperesek jogelődeinek tulajdonáért kártérítést fizessenek a szóban

forgó tulajdon visszaszolgáltatásában várható késedelem miatt.

201.    NÉMETORSZÁG és MAGYARORSZÁG alpereseknek kötelessége volt, hogy ellenőrizzék ügynökeiket, alkalmazottaikat, képviselőiket és/vagy valamennyi, a tényleges és/vagy látszólagos felhatalmazásuk alapján tevékenykedő személyt, annak biztosítása érdekében, hogy a szóban forgó személyek, ideértve az egyénileg megnevezett alperes személyeket és/vagy jogi személyeket, megfelelően és a kellő gondossággal járjanak el, azért, hogy ne követhessék el az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdon azonosításával kapcsolatban jelen keresetben állított cselekményeket.

202.    NÉMETORSZÁG és MAGYARORSZÁG alperesek hanyagul jártak el a fenti kötelességek teljesítését illetően, ideértve azokat a kötelezettségeket is (i) hogy azonnal beazonosítsák és visszaadják a tulajdonába/tulajdonukba került és/vagy ott fellelt Eltulajdonított Vagyont, a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont annak érdekében, hogy azokat azonnal és haladéktalanul visszaszolgáltassák, vagy a felperesek/felperesek elődeinek tulajdonáért kártérítést fizessenek a szóban forgó tulajdon visszaszolgáltatásában várható késedelem miatt és (ii) hogy kellő ellenőrzést és felügyeletet gyakoroljanak az egyénileg megnevezett alperes személyek és/vagy jogi személyek felett, hogy ne követhessék el az Eltulajdonított Vagyonnal, a Hatvany Gyűjtemény darabjaival és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonnal kapcsolatban jelen keresetben állított cselekményeket.

203.    NÉMETORSZÁG és MAGYARORSZÁG alperesek által elkövetett fenti hanyagság és/vagy az egyénileg megnevezett alperes személyek és/vagy jogi személyek feletti kellő ellenőrzés és/vagy felügyelet elmulasztásának közvetlen és legközelebbi eredményeképpen a felperesek anyagi és egyéb károkat szenvedtek

**204.**    MINÉLFOGVA felperesek ítéletet kérnek NÉMETORSZÁG és MAGYARORSZÁG alperesek ellen, egyénileg, egyetemlegesen, külön-külön, és/vagy a jelen Vádpont alapján vagylagosan az alábbiakban (i) kártérítés az elkövetett hanyagság miatt nem kevesebb, mint **EGYMILLIÁRD AMERIKAI DOLLÁR (USD) ($1,000,000,000)** összegben; (ii) NÉMETORSZÁG és/vagy MAGYARORSZÁG alperesek galériáiban, múzeumaiban, raktáraiban, restaurációs és egyéb

létesítményeiben fellelt festményeket is magában foglaló Eltulajdonított Vagyon meghatározott

darabjainak, a Hatvany Gyűjtemény darabjainak és egyéb, a feleperesekhez/felperesek jogelődeihez

tartozó tulajdonnak a visszatérítése és/vagy azokért kártérítés fizetése, nem kevesebb, mint

**EGYMILLIÁRD AMERIKAI DOLLÁR (USD) ($1,000,000,000)** összegben; (iii) példás és/vagy

büntető kártérítés **HATMILLIÁRD AMERIKAI DOLLÁR (USD) ($6,000,000,000)** összegben; és (iv)

jelen per kamatai, ügyvédi díjai és költségei.

## IV. VÁDPONT – JOGALAP NÉLKÜLI GAZDAGODÁS

**205.**    Felperesek a fent hivatkozott bekezdésekben foglalt minden egyes vádat megismételnek

úgy, mintha azok teljes mértékben és teljes terjedelemben e helyütt kifejtésre kerülnének.

206.     A fentebb ismertetett cselekmények, mulasztások, hanyag, jogtalan és/vagy egyéb

helytelen cselekmények folytán NÉMETORSZÁG és MAGYARORSZÁG alperesek jogalap nélküli

gazdagodásra tettek szert a múltban és azóta is azáltal, hogy az Eltulajdonított Vagyont, a Hatvany

Gyűjtemény darabjait és egyéb, a felperesekhez/felperes jogelődökhöz tartozó tulajdont lefoglalták, azok

kisajátítására kísérleteket tettek, azokat eltulajdonították, megtartották, visszatartották és/vagy azok

visszatérítését elmulasztották.

207.    NÉMETORSZÁG és MAGYARORSZÁG alperesek jogalap nélküli gazdagodásra tettek

szert az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a felperesekhez/felperes

jogelődökhöz tartozó tulajdon kiállításából származó haszon és/vagy az azok megtartásából származó

haszon megszerzéséből.

208.    NÉMETORSZÁG és MAGYARORSZÁG alperesek jogalap nélküli gazdagodásra tettek

szert az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a felperesekhez/felperes

jogelődökhöz tartozó tulajdon következményeként és/vagy azok folyományaképpen megtakarított,

megszerzett és/vagy megtartott díjakból és egyéb pénzösszegekből.

209.     NÉMETORSZÁG és MAGYARORSZÁG alperesek a jelen kereset tárgyát képező

Eltulajdonított Vagyonból, a Hatvany Gyűjtemény darabjaiból és egyéb, a felperesekhez/felperes

jogelődökhöz tartozó tulajdonból történt jogalap nélküli gazdagodásának közvetlen és legközelebbi eredményeképpen a felperesek anyagi és egyéb károkat szenvedtek

210.    MINÉLFOGVA felperesek ítéletet kérnek NÉMETORSZÁG és MAGYARORSZÁG alperesek ellen, egyénileg, egyetemlegesen, külön-külön, és/vagy az alábbiak alapján vagylagosan (i) kártérítés a jogalap nélküli gazdagodásukkal egyenlő összegben, amely összeg meghaladja ezen Bíróság illetékességének határát; (ii) NÉMETORSZÁG és/vagy MAGYARORSZÁG alperesek galériáiban, múzeumaiban, raktáraiban, restaurációs és egyéb létesítményeiben fellelt festményeket is magában foglaló Eltulajdonított Vagyon meghatározott darabjainak, a Hatvany Gyűjtemény darabjainak és egyéb, a feleperesekhez/felperesek jogelődeihez tartozó tulajdonnak a visszatérítése és/vagy azokért kártérítés fizetése, nem kevesebb, mint **EGYMILLIÁRD AMERIKAI DOLLÁR (USD) ($1,000,000,000)** összegben; (iii) példás és/vagy büntető kártérítés **HATMILLIÁRD AMERIKAI DOLLÁR (USD) ($6,000,000,000)** összegben; és (iv) jelen per kamatai, ügyvédi díjai és költségei.

## V. VÁDPONT – KIADÁS MÉLTÁNYOSSÁGBÓL

211.    Felperesek a fenti vádak mindegyikét megismétlik, újra ismertetik és ide belefoglalják úgy, mintha azok teljes mértékben és teljes terjedelemben e helyütt kifejtésre kerülnének.

212.    NÉMETORSZÁG és MAGYARORSZÁG alperesek fentebb ismertetett cselekményei és/vagy mulasztásai igazságtalanok, helytelenek, jogtalanok, hanyagok voltak és/vagy megsértették az alkalmazandó törvényeket, megállapodásokat, egyezményeket, szokásokat, rendeleteket és normákat.

213.    NÉMETORSZÁG és MAGYARORSZÁG alperesek fenti cselekményekből, mulasztásokból származó jogalap nélküli gazdagodása igazságtalan, helytelen, méltánytalan, jogtalan, hanyag és/vagy más módon törvénytelen.

214.    NÉMETORSZÁG és MAGYARORSZÁG alperesek jogalap nélküli gazdagodásának közvetlen és legközelebbi eredményeképpen a felperesek anyagi és egyéb károkat szenvedtek

215.    MINÉLFOGVA felperesek ítéletet kérnek NÉMETORSZÁG és MAGYARORSZÁG alperesek ellen, egyénileg, egyetemlegesen, külön-külön, és/vagy az alábbiak alapján vagylagosan (i)

kártérítés a jogalap nélküli gazdagodásukkal egyenlő összegben, amely összeg meghaladja ezen Bíróság

illetékességének határát és amely összeget ki kell adni és ki kell fizetni a felperesek részére; (ii)

NÉMETORSZÁG és/vagy MAGYARORSZÁG alperesek galériáiban, múzeumaiban, raktáraiban,

restaurációs és egyéb létesítményeiben fellelt festményeket is magában foglaló Eltulajdonított Vagyon

meghatározott darabjainak, a Hatvany Gyűjtemény darabjainak és egyéb, a felperesekhez/felperesek

jogelődeihez tartozó tulajdonnak a visszatérítése és/vagy azokért kártérítés fizetése, nem kevesebb, mint

**EGYMILLIÁRD AMERIKAI DOLLÁR (USD) ($1,000,000,000)** összegben; (iii) példás és/vagy

büntető kártérítés **HATMILLIÁRD AMERIKAI DOLLÁR (USD) ($6,000,000,000)** összegben; és (iv)

jelen per kamatai, ügyvédi díjai és költségei.

## VI. VÁDPONT – JOGOS ELSZÁMOLÁS

**216.**    Felperesek a fenti vádak mindegyikét megismétlik, újra ismertetik és ide belefoglalják

úgy, mintha azok teljes mértékben és teljes terjedelemben e helyütt kifejtésre kerülnének.

217.    NÉMETORSZÁG és MAGYARORSZÁG alperesek elszámolási kötelezettséggel

tartoztak a felperesek/felperesek jogelődei felé az Eltulajdonított Vagyonnal, a Hatvany Gyűjtemény

darabjaival és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonnal kapcsolatban, melyeket

elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban,

levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy

NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak

vagy felleltek és amelyekről tudomásuk volt.

**218.**    A felperesek/felperesek jogelődei ezen ügy vonatkozásában mindenkor érdeklődtek

és/vagy elszámolást kértek MAGYARORSZÁG és NÉMETORSZÁG alperesektől, hogy adjanak számot

az Eltulajdonított Vagyonról, a Hatvany Gyűjtemény darabjairól és egyéb, a felperesekhez/felperesek

jogelődeihez tartozó tulajdonról, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy

amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben,

restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt

vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt.

**219.**    NÉMETORSZÁG és MAGYARORSZÁG alperesek sohasem számoltak el, elmulasztották és/vagy elutasították, hogy a feleperesek/felperesek jogelődei kérésére részükre számot adjanak az Eltulajdonított Vagyonról, a Hatvany Gyűjtemény darabjairól és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonról, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt.

**220.**    NÉMETORSZÁG és MAGYARORSZÁG alperesek hanyag, gondatlan, meggondolatlan módon és/vagy szándékosan elferdítették a valóságnak megfelelő számadást a felperesek/felperesek jogelődei részére az Eltulajdonított Vagyonról, a Hatvany Gyűjtemény darabjairól és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonról, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt.

**221.**    Cselekményeivel/cselekményeikkel vagy mulasztásaival/mulasztásaikkal és a Felperesek/Felperesek Jogelődeinek Kisemmizésére Szőtt Terv részeként alperesek megszegték a felperesek/felperesek jogelődei felé fennálló kötelezettségüket.

222.    Az Eltulajdonított Vagyont, a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont lefoglalták, elvették, kisajátították, megkapták, raktározták, követelték és/vagy múzeumokban, levéltárakban, raktár létesítményekben, páncéltermekben, restaurációs létesítményekben és/vagy alperes NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt tartották, és azokról tudomásuk volt, tudomásuk kellett volna, hogy legyen és/vagy azokról – megfelelő és kellő gondossággal – megállapíthatták volna, hogy azok a felperesekhez és más Holocaust áldozatokhoz tartoztak.

223.    NÉMETORSZÁG és MAGYARORSZÁG alperesekre bizonyos szerződéses és/vagy jogi kötelezettségek hárultak és továbbra is hárulnak az Eltulajdonított Vagyonra, a Hatvany Gyűjtemény darabjaira és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonra vonatkozó pontos nyilvántartások vezetésével kapcsolatban.

224.    NÉMETORSZÁG és MAGYARORSZÁG alperesek a második világháborút követő időszakban megerősítőleg kötelezettséget vállaltak arra, hogy pontos nyilvántartást vezetnek, számot adnak és jelentést tesznek az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdon létezéséről, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt.

225.    NÉMETORSZÁG és MAGYARORSZÁG alperesekre jogi kötelezettség hárult és továbbra is hárul, melyet a New York államban hatályos törvények, a Jus Cogens, egyezségek és/vagy egyéb nemzetközi szerződések, megállapodások, egyezmények és/vagy rendeletek írnak elő NÉMETORSZÁG és MAGYARORSZÁG alperesek számára, hogy jelentést tegyenek a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon létezéséről, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt.

226.    NÉMETORSZÁG és MAGYARORSZÁG alpereseket felkérték a felperesek/felperesek jogelődei és mások, hogy hozzák nyilvánosságra az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdon létezését, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy

NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt.

227.    Csak az elmúlt hónapok során történt, hogy NÉMETORSZÁG és MAGYARORSZÁG alperesek végre bejelentették és/vagy nyilvánosságra hozták az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdon létezését és/vagy bizonyos darabjainak hollétét, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt, egyéb tulajdonról soha nem tettek jelentést.

228.    NÉMETORSZÁG és MAGYARORSZÁG alperesek elmulasztották bejelenteni vagy nyilvánosságra hozni azokat a rendszereket és/vagy eljárásokat, amelyek segítségével megkíséreltek hasznot húzni és ténylegesen hasznot is húztak az Eltulajdonított Vagyonból, a Hatvany Gyűjtemény darabjaiból és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonból, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt.

229.    NÉMETORSZÁG és MAGYARORSZÁG alperesek semmikor sem jelentették be vagy hozták nyilvánosságra azt a tényt, hogy hasznot húztak az Eltulajdonított Vagyonból, a Hatvany Gyűjtemény darabjaiból és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonból, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt.

230.    NÉMETORSZÁG és MAGYARORSZÁG alperesek soha nem jelentették be vagy hozták nyilvánosságra azt a tényt, hogy olyan rendszereket és terveket fejlesztettek ki, amelyekkel hasznot húzhattak húztak az Eltulajdonított Vagyonból, a Hatvany Gyűjtemény darabjaiból és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonból, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt.

231.    Azzal, hogy NÉMETORSZÁG és MAGYARORSZÁG alperesek a fentiek szerint elutasították és/vagy elmulasztották, hogy jelentést tegyenek és/vagy számot adjanak a jelen kereset tárgyát képező Eltulajdonított Vagyonról, a Hatvany Gyűjtemény darabjairól és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonról, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt, megszegték a fentiekben ismertetett kötelezettségeiket a felperesek/felperesek jogelődei felé történő jelentéstételre és/vagy elszámolásra vonatkozóan.

232.    Az, hogy NÉMETORSZÁG és MAGYARORSZÁG alperesek a fentiek szerint elutasították és/vagy elmulasztották, hogy jelentést tegyenek és/vagy elszámoljanak, jogtalan, hanyag, gondatlan és/vagy más módon helytelen volt.

**233.**    Annak közvetlen és legközelebbi eredményeképpen, hogy NÉMETORSZÁG és MAGYARORSZÁG alperesek megszegték elszámolási kötelezettségüket, elmulasztották és/vagy elutasították, hogy megfelelő elszámolást szolgáltassanak, a felperesek anyagi és egyéb károkat szenvedtek

**234.    MINÉLFOGVA** felperesek ítéletet kérnek NÉMETORSZÁG és MAGYARORSZÁG alperesek ellen, egyénileg, egyetemlegesen, külön-külön, és/vagy az alábbi károkért vagylagosan: (i)

Azonnali hatállyal független elszámolás készítése az Eltulajdonított Vagyonról, a Hatvany Gyűjtemény darabjairól és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdonról, melyeket elvettek, elloptak, megkaptak, raktároztak, követeltek és/vagy amelyek annak/azoknak múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy NÉMETORSZÁG és MAGYARORSZÁG területén belül egyebütt vannak és amelyeket ott tartottak vagy felleltek és amelyekről tudomásuk volt; (ii) a fenti független elszámolás és NÉMETORSZÁG és MAGYARORSZÁG alperesek  történeti vizsgálatának költségei; és (iii) jelen per kamatai, ügyvédi díjai és költségei.

## VII. VÁDPONT –VÉLELMEZHETŐ VAGYONMEGŐRZÉSSEL VALÓ VISSZAÉLÉS

235.    Felperesek a fenti vádak mindegyikét megismétlik, újra ismertetik és ide belefoglalják úgy, mintha azok teljes mértékben és teljes terjedelemben e helyütt kifejtésre kerülnének.

236.    NÉMETORSZÁG és MAGYARORSZÁG alperesek tudták és/vagy indokolt alappal rendelkeztek arra, hogy levonják azt a következtetést, hogy NEM volt szabad részt venniük a fenti ügyletekben.

**237.**    NÉMETORSZÁG és MAGYARORSZÁG alperesek az Eltulajdonított Vagyont, a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont lefoglalták, elvették, kisajátították, megkapták, raktározták, követelték és/vagy visszatartották NÉMETORSZÁG és MAGYARORSZÁG múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy egyéb helyeken NÉMETORSZÁG és MAGYARORSZÁG területén belül.

**238.**    NÉMETORSZÁG és MAGYARORSZÁG alperesek az ügy vonatkozásában mindenkor ténylegesen és/vagy vélelmezhetően birtokolták az Eltulajdonított Vagyont, a Hatvany Gyűjtemény darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont és/vagy azokra jogcímmel rendelkeztek.

**239.** Az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a feleperesekhez/felperesek jogelődeihez tartozó tulajdon becsült és/vagy megközelítőleg valós értéke - melyet NÉMETORSZÁG és MAGYARORSZÁG alperesek lefoglaltak, elvettek, kisajátítottak, megkaptak, raktároztak, követeltek és/vagy visszatartottak NÉMETORSZÁG és MAGYARORSZÁG múzeumaiban, levéltáraiban, raktár létesítményeiben, páncéltermeiben, restaurációs létesítményeiben és/vagy egyéb helyeken NÉMETORSZÁG és MAGYARORSZÁG területén belül – USA dollár százmilliókat, ha nem USA dollár milliárdokat tesz ki.

**240.** Az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a feleperesek/felperesek jogelődeinek tulajdona a feleperesekhez/felperesek jogelődeihez, és/vagy más Holocaust áldozatokhoz, örökösökhöz, kedvezményezettekhez, képviselőkhöz, és/vagy érdekeltségi jogelődökhöz tartoznak.

**241.** NÉMETORSZÁG és MAGYARORSZÁG alperesek tudták, tudniuk kellett volna és/vagy ésszerű gondosság gyakorlásával meg tudták volna állapítani, hogy az Eltulajdonított Vagyon, a Hatvany Gyűjtemény darabjai és egyéb, a feleperesekhez/felperesek jogelődeihez tartozó tulajdon nem az ő tulajdonuk és/vagy azon személy(ek) tulajdona, akik révén azok NÉMETORSZÁG és MAGYARORSZÁG alpereseikhez, vagy NÉMETORSZÁG és MAGYARORSZÁG alperesek tulajdonába, megőrzésébe és/vagy ellenőrzése alá került.

**242. MINÉLFOGVA** felperesek ítéletet kérnek NÉMETORSZÁG és MAGYARORSZÁG alperesek ellen, egyénileg, egyetemlegesen, külön-külön, és/vagy az alábbiak alapján vagylagosan: (i) visszaélés NÉMETORSZÁG és MAGYARORSZÁG alperesek Nemzeti Galériájában, múzeumaiban, raktározási, restaurációs és egyéb létesítményeiben jogtalanul tartott Eltulajdonított Vagyon bizonyos darabjai, a Hatvany Gyűjtemény darabjai és egyéb, a feleperesekhez/felperesek jogelődeihez tartozó tulajdon, az afölötti és/vagy azzal kapcsolatos vélelmezhető vagyonmegőrzéssel, nem kevesebb, mint **EGYMILLIÁRD AMERIKAI DOLLÁR (USD) ($1,000,000,000)** összegben; (ii) példás és/vagy büntető kártérítés **HATMILLIÁRD AMERIKAI DOLLÁR (USD) ($6,000,000,000)** összegben; és (iii) jelen per kamatai, ügyvédi díjai és költségei.

## VIII. VÁDPONT – KÁRPÓTLÁS és/vagy VISSZAHELYEZÉS

243.    Felperesek a fenti vádak mindegyikét megismétlik, újra ismertetik és ide belefoglalják úgy, mintha azok teljes mértékben és teljes terjedelemben e helyütt kifejtésre kerülnének.

244.    NÉMETORSZÁG és MAGYARORSZÁG alpereseknek a jelen ügy vonatkozásában mindenkor kötelessége volt, hogy az Eltulajdonított Vagyonért, a Hatvany Gyűjtemény darabjaiért és egyéb, a felperesek/felperesek jogelődeihez tartozó tulajdonokért meghatározott kárpótlást és/vagy kártérítést fizessenek.

245.    NÉMETORSZÁG és MAGYARORSZÁG alpereseknek a jelen ügy vonatkozásában mindenkor kötelességük volt, hogy érvényesítsék az alkalmazandó nemzetközi egyezményeket és/vagy Európai Uniós Megállapodásokat annak érdekében, hogy az Eltulajdonított Vagyont, a Hatvany Gyűjtemény darabjait és egyéb, a felperesek/felperesek jogelődeihez tartozó tulajdont visszatérítsék és/vagy azokért kártérítést fizessenek a felpereseknek/felperesek jogelődeinek.

246.    NÉMETORSZÁG és MAGYARORSZÁG alperesek NEM fizették meg a meghatározott kárpótlást és/vagy kártérítést az Eltulajdonított Vagyonért, a Hatvany Gyűjtemény darabjaiért és egyéb, a felperesek/felperesek jogelődeihez tartozó tulajdonokért, és egyéb festményekért és/vagy tárgyakért, amelyeket jogtalanul tartottak MAGYARORSZÁG és NÉMETORSZÁG alperesek múzeumaiban, raktározási, restaurációs és egyéb létesítményeiben.

247.    NÉMETORSZÁG és MAGYARORSZÁG alperesek nem érvényesítették és/vagy nem tartották be az alkalmazandó nemzetközi és/vagy Európai Uniós megállapodásokat, egyezményeket és/vagy szerződéseket annak biztosítása érdekében, hogy az Eltulajdonított Vagyont, a Hatvany Gyűjtemény darabjait és egyéb, a felperesek/felperesek jogelődeihez tartozó tulajdont visszatérítsék és/vagy azokért kártérítést fizessenek a felpereseknek/felperesek jogelődeinek.

248.    A felperesek/felperesek jogelődei NÉMETORSZÁG és MAGYARORSZÁG alperesek fenti kötelezettségeinek tervezett kedvezményezettjei között szerepeltek.

249.    PHILIPS alperesnek a jelen ügy vonatkozásában mindenkor fennállt az a kötelezettsége, hogy ellenőrizze és újraellenőrizze a megőrzésébe, birtokába és/vagy ellenőrzése alá került, az Ingres

remekművet és valószínűleg a Hatvany Gyűjtemény más darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon származására, jogcímére és tulajdonjogára vonatkozó okiratokat.

250.    A felperesek/felperesek jogelődei a jelen ügy vonatkozásában mindig is feltártak olyan bizonyítékokat, amelyekből arra lehetett következtetni, hogy a megőrzésébe, birtokába és/vagy ellenőrzése alá került Ingres remekmű és valószínűleg a Hatvany Gyűjtemény más darabjai és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdon származása vitatható, és olyan személyektől ered, akiknek a tulajdonjogot igazoló okiratai kétségbe vonhatók, emiatt a festmény(ek) vonatkozásában a legmagasabb fokú figyelmeztetést kellet volna kiadni.

251.    A jelen ügy vonatkozásában PHILIPS alperes semmikor sem tett eleget annak a kötelezettségének, hogy ellenőrizze és újraellenőrizze a megőrzésébe, birtokába és/vagy ellenőrzése alá került, az Ingres remekművet és valószínűleg a Hatvany Gyűjtemény más darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon származására, jogcímére és tulajdonjogára vonatkozó okiratokat.

252.    Amennyiben PHILIPS alperes a jelen ügy vonatkozásában mindenkor teljesítette volna azon kötelezettségét, hogy ellenőrizze és újraellenőrizze a megőrzésébe, birtokába és/vagy ellenőrzése alá került, az Ingres remekművet és valószínűleg a Hatvany Gyűjtemény más darabjait és egyéb, a felperesekhez/felperesek jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon származására, jogcímére és tulajdonjogára vonatkozó okiratokat, tudta volna, hogy a szóban forgó festmények eredete és származása kétséges, és konzultálnia kellett volna és/vagy a szóban forgó festmény(eke)t vissza kellett volna szolgáltatnia a tulajdonosaiknak, ideértve a felpereseket/felperesek jogelődeit.

253.    Annak közvetlen és legközelebbi eredményeképpen, hogy NÉMETORSZÁG, MAGYARORSZÁG és PHILIPS alperesek nem tettek eleget fenti kötelezettségei(k)nek, a felperesek/felperesek jogelődei sérelmet, és jelentős és folyamatos anyagi károkat szenvedtek

254.    **MINÉLFOGVA** felperesek ítéletet kérnek NÉMETORSZÁG, MAGYARORSZÁG és

PHILIPS alperesek ellen, egyénileg, egyetemlegesen, külön-külön, és/vagy az alábbi károkért

vagylagosan: (i) a nevezett alperesek birtokában, megőrzésében és/vagy ellenőrzése alatt lévő, az Ingres

remekművet és valószínűleg a Hatvany Gyűjtemény más darabjait és egyéb, a felperesekhez/felperesek

jogelődeihez tartozó tulajdont is magában foglaló Eltulajdonított Vagyon meghatározott darabjaiért

kárpótlás és/vagy kártérítés fizetése, a szóban forgó vagyon jelenleg aktuális értékével egyenlő

összegben; (ii) példás és/vagy büntető kártérítés **HATMILLIÁRD AMERIKAI DOLLÁR (USD)**

**($6,000,000,000)** összegben; és (iii) jelen per kamatai, ügyvédi díjai és költségei.


Kelt: 2005. március 3.


_____                    _____/s/
Edward D. Fagan, Esq.                                              Morse Geller Esq.
140 Broadway, 46th Floor                                          277 Sycamore Street
New York, NY  10005                                               West Hempstead NY  11552
Tel. (212) 858-7605                                                  Tel. (516) 564-6734
Saját Képviseletében Eljáró Felperes                       Felperes Társtanácsadó
és Felperes Társtanácsadó