Association of Holocaust Victims for Restitution of Artwork and Masterpi...Republic of Hungary et al    Doc. 13

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/12/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Association of Holocaust Victims for
Restitution of Artwork and Masterpieces, et al.,

                Plaintiffs,

    -against-

Republic of Hungary, et al.,

               Defendants.

No. 04 Civ. 8457 (LTS)(HBP)

ORDER

LAURA TAYLOR SWAIN, District Judge:

        On July 5, 2005, Plaintiffs filed a motion to extend time for Hague Convention service on the defendant governmental entities in this action. Plaintiffs originally filed the Complaint in this action, as well as the Complaint in the related action, <u>Association of Holocaust Victims for Restitution of Artwork and Masterpieces, a/k/a "AHVRAM", et al. v. Federation of Russia</u>, No. 04 Civ. 8456 (LTS)(HBP), on October 27, 2004. After the Court, on February 25, 2005, issued an Order to Show Cause why this action should not be dismissed for failure to prosecute, Plaintiffs filed their First Amended Complaint, on March 4, 2005, and an affidavit in response to the Order to Show Cause on March 14, 2005.

        Plaintiffs' counsel and named Plaintiff Edward Fagan refers in his declaration to a memorandum of law submitted in support of the instant motion. As of today, no such memorandum has been filed (as is required by Local Rule 7.1), and the Court has not received

ExtendTimeforService.wpd   version 07/11/05

Copies mailed Atty/Pltfs 7/12/05
Chambers of Judge Swain

courtesy copies of any of the papers in connection with the instant motion.[1]

The motion for an extension of time for service on the foreign defendants does not specify how much time is requested. In light of the extensive period of time during which this case has been pending without service having been effected on the Defendants, Plaintiffs shall complete service of process under the Hague Convention, or as is otherwise appropriate, no later than Monday, October 31, 2005.

Further, Plaintiffs are reminded that to the extent they request the Court's consideration of Letters Rogatory and/or related documents, such documents are to be properly submitted to the Court through the Clerk's Office, with courtesy copies either mailed to Chambers or hand-delivered to the mail room located on the lower lobby level of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007. Counsel shall not attempt to hand-deliver such documents to Chambers. Finally, Plaintiffs' attention is directed to the procedures of the United States District Court for the Southern District of New York for service of process on a foreign defendant, which is available on the court's website, and with which counsel is expected to comply fully.

SO ORDERED.

Dated:    New York, New York
          July 11, 2005

_____
LAURA TAYLOR SWAIN
United States District Judge

---

[1] Mr. Fagan also refers to an April 2005 declaration, which does not appear on the docket for this case, and of which the Court did not receive a courtesy copy and therefore has no knowledge.