UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSOCIATION OF HOLOCAUST VICTIMS
FOR RESTITUTION OF ARTWORK
AND MASTERPIECES, et al.

                Plaintiffs,

-against-

REPUBLIC OF HUNGARY, et al.,

                Defendants.

No. 04 Civ. 8457 (LTS)(HBP)

ORDER TO
SHOW CAUSE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/06/05

The Court having directed Plaintiffs, by order dated July 11, 2005, to complete service of process on the Defendants in the above-captioned action under the Hague Convention, or as was otherwise appropriate, no later than Monday, October 31, 2005, and Plaintiffs having failed to respond to that order, it is hereby

ORDERED that Plaintiffs show cause by written affidavit, filed electronically with the Court, why this action should not be dismissed for failure to prosecute. Plaintiffs shall not communicate with the Court on this question by letter or telephone call. The affidavit must be filed within twenty days of the date of this Order.

IT IS FURTHER ORDERED that Plaintiffs submit one courtesy copy of such affidavit to Chambers by delivering it to the Courthouse Mailroom, United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
           December 5, 2005

                                                        LAURA TAYLOR SWAIN
                                                   United States District Judge

OSC 12.5.05.frm    version 12/5/05

Copies mailed ATTYPHF 12/6/05
Chambers of Judge Swain