representatives and groups and the Oxford Human Rights team have agreed to join and assist in plaintiffs claims.

90. Plaintiff therefore respectfully pray that the Court and to allow us to continue with the prosecution of this case.

### VERIFICATION

I hereby confirm that the foregoing statements are true to the best of my knowledge information and belief and/or are based on information that I have learned and which has been provided to me through the ongoing investigation and/or from our investigators.

/s/ *Edward D. Fagan* (signature)
Edward D. Fagan

Dated:   December 27, 2005
         Tampa, Florida

Note: A hard copy of the original signature page of this document is being filed separately.

---

*December 27, 2005 Affidavit of Edward D. Fagan in Support of Motion to Continue Prosecution*
<u>AHVRAM et al v. Republic of Hungary et al</u> – 04 Civ 8457 (LTS) – Page 18