Association of Holocaust Victims for Restitution of Artwork and Masterpi...Republic of Hungary et al                Doc. 17 Att. 1

    c. the conspiracy through which these defendants wrongfully expropriated, nationalized, concealed and/or otherwise retained property of the plaintiffs; and

    d. the conspiracy through which these defendants owe plaintiffs (i) restitution of the paintings and/or masterpieces or their reasonable fair market value and (ii) other damages directly related to each of the defendants' involvement in and profiteering from the conspiracy.

4. Plaintiffs therefore respectfully pray that the Court and to allow us to continue with the prosecution of this case.

## VERIFICATION

I hereby confirm that the foregoing statements are true to the best of my knowledge information and belief and/or are based on information that I have learned and which has been provided to me through the ongoing investigation and/or from our investigators.

/s/ _____
Edward D. Fagan

Dated:    December 29, 2005
Tampa, Florida

Note: A hard copy of the original signature page of this document is being filed separately.

---

*December 29, 2005 Supplemental Declaration of Edward D. Fagan in Support of Motion to Continue Prosecution*
*AHVRAM et al v. Republic of Hungary et al – 04 Civ 8457 (LTS) – Page 2*