Association of Holocaust Victims for Restitution of Artwork and Masterpi...Republic of Hungary et al    Doc. 17 Att. 2

Issued by the
# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Association of Holocaust Victims for Restitution of
Artwork and Masterpieces a/k/a AHVRAM et al

V.

Republic of Hungary et al

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: ¹ 04-CV-8457 (LTS)

TO: Roman Pipko Esq./Charles Goldstein Esq., c/o Commission for Art Recovery "CAR"
767 Fifth Avenue, New York, NY 10153

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| | |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

# 1. Original & translation of, and all documents related to 1960s meeting in Hungary with officials of German, Hungarian, Russian and/or Austrian Gov't & others who conspired against Prof. Hans Deutsch & Holocaust Art Restitution, shown to Joram Deutsch in July 2003. # 2 Other documents in your possession from German, Hungarian, Austrian, Russian or Gov't, museum or other files/archives which relate to the conspiracy against Prof. Deutsch & Holocaust Art Restitution

| PLACE | DATE AND TIME |
| Offices of Commission for Art Recovery "CAR", 767 Fifth Avenue, New York, NY 10153 | January 30, 2006 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| Plaintiff Pro Se and Plaintiffs Counsel | December 30, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Edward D. Fagan Esq., 80 Broad Street, 5th Floor, New York, NY 10004. Tel (646) 502-5270

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

¹ If action is pending in district other than district of issuance, state district under case number.