UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ASSOCIATION OF HOLOCAUST VICTIMS FOR RESTITUTION OF ARTWORK and MASTERPIECES, a/k/a "AHVRAM"; et al, | |
| Plaintiffs, | 04-CV-8457 (LTS) |
| vs. | |
| REPUBLIC OF HUNGARY et al | |
| Defendants. | |

---

Please take notice of the following contact information for Edward D. Fagan

| | |
|---|---|
| Local Business Address In New York: | Edward D. Fagan, Esq.<br>80 Broad Street, 5th Floor<br>New York, NY  10004 |
| Business Address in Florida: | Edward D. Fagan, Esq.<br>3907 Henderson Blvd.<br>      Suite 200<br>Tampa, Florida 33629-5015 |
| Int'l Direct Telephone Number: | (646) 502-5270 |
| Int'l Direct Fax Number: | (813) 830-7453 |

Dated: December 30, 2005       /s/_____
Edward D. Fagan, Esq.
80 Broad Street, 5th Floor
New York, NY  10004
Tel. (646) 502-5270
Email: ed4125@hotmail.com
Plaintiff *Pro Se* & Plaintiffs' Counsel