UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ASSOCIATION OF HOLOCAUST VICTIMS :
FOR RESTITUTION OF ARTWORK :
and MASTERPIECES, a/k/a "AHVRAM", et al : 04 – CIV – 8457 (LTS)
                        Plaintiffs, :
vs. :
  : NOTICE OF FILING OF
REPUBLIC OF HUNGARY, et al : *GERMANY v. DEUTSCH*
                       Defendants.: : DVD DOCUMENTARY
------------------------------------------------------------------X

Edward D. Fagan, hereby declares and says:

1. I am one of the plaintiffs in this matter and I submit this Notice of Filing in support of plaintiffs' request that the Court permit the case to continue.

2. With this Notice, I am providing the Court with a copy of the DVD documentary by produced by Kick Films and directed by Mike Juncker of Munich Germany which is described in the December 27, 2005 Affidavit of Dr. Joram Deutsch and in my December 27, 2005 Declaration.

3. A courtesy copy of the film is also being provided to Jeffrey Harris Esq., counsel of record for defendant Germany, and to the Ministry of Justice for defendant Hungary at their offices in Budapest.

/s/ *[signature]*
Edward D. Fagan

Dated:    December 30, 2005
           Tampa, Florida

Note: *A hard copy of the original signature page of this document is being filed separately.*

----------
*December 30, 2005 Notice of Filing of "Germany v. Deutsch" DVD*
*AHVRAM et al v. Republic of Hungary et al – 04 Civ 8457 (LTS) – Page 1*