UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

ASSOCIATION OF HOLOCAUST VICTIMS
FOR RESTITUTION OF ARTWORK
AND MASTERPIECES, et al.

No. 04 Civ. 8457 (LTS)(HBP)

              Plaintiffs,

-against-

REPUBLIC OF HUNGARY, et al.,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/04/06
```

### Order

The Court having directed Plaintiffs, by order dated December 5, 2005, to show cause by written affidavit, filed electronically with the Court, why this action should not be dismissed for failure to prosecute and to submit one courtesy copy of such affidavit to Chambers by delivering it to the Courthouse Mailroom, United States Courthouse, 500 Pearl Street, New York, New York 10007, it is hereby

ORDERED that Plaintiffs shall immediately submit courtesy copies of all papers filed in connection with that order, and of any and all future filings in this case.

Dated:     New York, New York
            January 3, 2006

                                    LAURA TAYLOR SWAIN
                                    United States District Judge

Copies mailed A Hy. for Plff.
Chambers of Judge Swain