UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSOCIATION OF HOLOCAUST VICTIMS
FOR RESTITUTION OF ARTWORK
AND MASTERPIECES, et al.

                Plaintiffs,

-against-

REPUBLIC OF HUNGARY, et al.,

                Defendants.

No. 04 Civ. 8457 (LTS)(HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/06

### Order

Plaintiffs shall complete, and shall file proof of, service of process on Defendants in the above captioned matter under the Hague Convention, or as is otherwise appropriate, no later than Friday, April 28, 2006. If service is not effected, and proof filed with the Court, by that date, the case may automatically be dismissed without prejudice and without further advance notice.

Plaintiffs having filed affidavits in response to the Court's December 5, 2005, Order to Show Cause (docket # 14), that Order is deemed satisfied.

SO ORDERED.

Dated:    New York, New York
          January 5, 2006

_____
LAURA TAYLOR SWAIN
United States District Judge

service of process.frm    version 1/5/06

Copies mailed ATTY/PIF 1/5/06
Chambers of Judge Swain